B 250E (12/09)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NORTH CAROLINA

In re: )
Scotto Restaurant Group, LLC and Scotto Holdings, LLC ) Case No. 11–40506
        Debtor* )
) Chapter 11

## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

To the above named debtor:

    A petition under title 11, United States Code was filed against you in this bankruptcy court on 08/11/2011 (date), requesting an order for relief under chapter 11 of the Bankruptcy Code (title 11 of the United States Code).

    YOU ARE SUMMONED and required to file with the clerk of the bankruptcy court a motion or answer to the petition within 21 days after the service of this summons. A copy of the petition is attached.

    Address of the clerk:

    Steven T. Salata, Clerk
    U.S. BANKRUPTCY COURT
    P.O. Box 34189
    Charlotte, NC 28234–4189

At the same time, you must also serve a copy of the motion or answer on the petitioner's attorney:

    Name and Address of the Petitioner's Attorney:


    Kiah T. Ford IV
    PARKER, POE, ADAMS &BERNSTEIN L.L.P.
    401 South Tryon Street, Suite 3000
    Three Wachovia Center
    Charlotte, NC 28202


If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 1011(c).

If you fail to respond to this summons, the order for relief will be entered.


Date: 8/11/2011                          s/   Steven T. Salata  *(Clerk of the Bankruptcy Court)*


*Set forth all names, including trade names, used by the debtor within the last 8 years. (Fed. R.Bankr. P.1005)
Electronically filed and signed

Case No. 11–40506

**CERTIFICATE OF SERVICE**

I, _____ (name), certify that on _____ (date), I served this summons and a copy of the involuntary petition on _____ (name), the debtor in this case, by *[describe here the mode of service and the address at which the debor was served]*:

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _____     Signature _____

        Print Name :    _____
        Business Address :    _____
                                      _____