UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

|  |  |  |
|---|---|---|
| IN RE: | ) | CASE NO. 11-40506 |
|  | ) |  |
| Scotto Restaurant Group, LLC, | ) | CHAPTER 11 |
| Debtor. |  |  |

**EX PARTE MOTION TO EXTEND TIME TO RESPOND
TO INVOLUNTARY PETITION**

NOW COMES the Debtor, Scotto Restaurant Group, LLC, (hereinafter "Debtor") and moves the Court to extend the time to respond to the involuntary petition and in support thereof, the Debtor states the following:

1. On August 11, 2011, an involuntary petition for relief under Chapter 11 of the Bankruptcy Code was filed against the Debtor.

2. The time has not yet expired to respond to the involuntary petition and counsel for the Debtor is in need of additional time to prepare a response.

3. Accordingly, the Debtor requests that the Court extend the time for filing a response to the involuntary petition through and including September 26, 2011.

Wherefore, the Debtor respectfully requests the Court to:

1. Extend the time to file a response to the involuntary petition through and including September 26, 2011; and

2. Grant such other and further relief as the Court deems proper.

Dated: September 1, 2011

**THE HENDERSON LAW FIRM**

/s/ James H. Henderson
James H. Henderson
State Bar No. 13536
1201 Harding Place
Charlotte, N.C. 28204
Telephone 704.333.3444
Telecopier 704.333.5003
E-Mail henderson@title11.com

1

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Scotto Restaurant Group, LLC, ) | Case No. 11-40506 |
| ) | Chapter 11 |
| Debtor. ) | |

**CERTIFICATE OF SERVICE**

    This is to certify that the undersigned has this day served the attached **Ex-Parte Motion to Extend Time to Respond to Involuntary Petition** to all parties or their attorneys of record requesting notice and to the following parties via ECF filing:

    U. S. Bankruptcy Court
    linda_simpson@ncwba.courts.gov

    Kiah T. Ford IV, Esq.
    chipford@parkerpoe.com

    Katherine Rose Trotter, Esq.
    Katietrotter@parkerpoe.com

    This 1st day of September, 2011.

                                        **THE HENDERSON LAW FIRM**

                                        /s/ James H. Henderson
                                        James H. Henderson
                                        State Bar No. 13536
                                        1201 Harding Place
                                        Charlotte NC 28202-2826
                                        Telephone:    704.333.3444
                                        Facsimile:    704.333.5003
                                        Email:          henderson@title11.com