**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Shelby Division**

Case No. 11−40506
Chapter 11

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):
   Scotto Restaurant Group, LLC
      fka Scotto Holdings, LLC
   137 Cross Center Road
   Suite 234
   Denver, NC 28037
   Social Security No.:
   Debtor EIN:
   20−4818815

# NOTICE OF DEFECTIVE ENTRY OR FILING

**NOTICE IS HEREBY GIVEN** that the Certificate of Service filed in the above referenced case on 08/29/2011 as document # 3 is defective for the reason(s) marked below:

   The document was not docketed using the correct event.This document does not need to be re−docketed, but in the future please use the correct event, which is located:
   Bankruptcy > Other > Summons Service (involuntary).

Dated: September 7, 2011                                                                          Steven T. Salata
                                                                                                  Clerk of Court

Electronically filed and signed (9/7/11)