UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 11-40506 |
| SCOTTO RESTAURANT GROUP, LLC ) | |
| ) | CHAPTER 11 |

## RESPONSE OF DEBTOR TO INVOLUNTARY PETITION

The Alleged Debtor, through undersigned counsel, consents to the entry of an Order for Relief.

Dated: September 26, 2011

**THE HENDERSON LAW FIRM**

/s/
James H. Henderson
State Bar No. 13536
1201 Harding Place
Charlotte, NC 28204-2826
Telephone:    704.333.3444
Facsimile:    704.333.5003
Email:    henderson@title11.com