B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Western District

In re    **Scotto Restaurant Group, LLC**                                    Case No.    **11-40506**
                                                    **Debtor(s)**            Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Bank of America**<br>**PO Box 15710**<br>**Wilmington, DE 19886-5710** | **Bank of America**<br>**PO Box 15710**<br>**Wilmington, DE 19886-5710** | **loan** | | **12,881.00** |
| **Bank of America Business Card**<br>**PO Box 660576**<br>**Dallas, TX 75266** | **Bank of America Business Card**<br>**PO Box 660576**<br>**Dallas, TX 75266** | **credit card** | | **30,168.00** |
| **Burnell Kennedy**<br>**212 Essex Lane**<br>**Lolo, MT 59847** | **Burnell Kennedy**<br>**212 Essex Lane**<br>**Lolo, MT 59847** | **lender** | | **25,000.00** |
| **David Mitchell and Associates**<br>**Attn:  Joel Bartlett**<br>**4630-B Frederick Drive SW**<br>**Atlanta, GA 30336** | **David Mitchell and Associates**<br>**Attn:  Joel Bartlett**<br>**4630-B Frederick Drive SW**<br>**Atlanta, GA 30336** | **contractor payment** | | **4,158.00** |
| **Donald Myers**<br>**10935 E san Felipe Avenue**<br>**Clovis, CA 93619-9324** | **Donald Myers**<br>**10935 E san Felipe Avenue**<br>**Clovis, CA 93619-9324** | **lender** | | **900,000.00** |
| **Employment Security Commission of NC**<br>**PO Box 26504**<br>**Raleigh, NC 27611** | **Employment Security Commission of NC**<br>**PO Box 26504**<br>**Raleigh, NC 27611** | **payroll taxes** | | **15,000.00** |
| **GUARD Insurance Group**<br>**PO Box 62479**<br>**Baltimore, MD 21264-2479** | **GUARD Insurance Group**<br>**PO Box 62479**<br>**Baltimore, MD 21264-2479** | **insurance** | | **5,000.00** |
| **Harvey Olivetti**<br>**108 Alpha Avenue**<br>**Wind Gap, PA 18091** | **Harvey Olivetti**<br>**108 Alpha Avenue**<br>**Wind Gap, PA 18091** | **lender** | | **70,000.00** |
| **Internal Revenue Service**<br>**Centralized Insolvency Operations**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | **Internal Revenue Service**<br>**Centralized Insolvency Operations**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | **taxes** | | **51,000.00** |
| **Keith Holmes**<br>**1339 5th Street**<br>**Whitehall, PA 18052** | **Keith Holmes**<br>**1339 5th Street**<br>**Whitehall, PA 18052** | **lender** | | **25,000.00** |

B4 (Official Form 4) (12/07) - Cont.

In re    **Scotto Restaurant Group, LLC**                                        Case No.    **11-40506**
                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Kelly Holmes**<br>**1552 Washington Avenue**<br>**Northampton, PA 18067** | **Kelly Holmes**<br>**1552 Washington Avenue**<br>**Northampton, PA 18067** | **lender** | | **50,000.00** |
| **Lester High**<br>**2655 Saint Peters Road**<br>**Pottstown, PA 19465** | **Lester High**<br>**2655 Saint Peters Road**<br>**Pottstown, PA 19465** | **lender** | | **700,000.00** |
| **Paul Hand**<br>**1429 Miranda Lane**<br>**Warminster, PA 18974** | **Paul Hand**<br>**1429 Miranda Lane**<br>**Warminster, PA 18974** | **lender** | | **12,000.00** |
| **Richard Guter**<br>**701 Lindwood Drive**<br>**Greensburg, PA 15601** | **Richard Guter**<br>**701 Lindwood Drive**<br>**Greensburg, PA 15601** | **lender** | | **250,000.00** |
| **Robert Kennedy**<br>**2591 Blackberry Road**<br>**Dover, PA 17615** | **Robert Kennedy**<br>**2591 Blackberry Road**<br>**Dover, PA 17615** | **lender** | | **25,000.00** |
| **Ross & Wittmier**<br>**4620 Rozzells Ferry Road**<br>**Charlotte, NC 28216** | **Ross & Wittmier**<br>**4620 Rozzells Ferry Road**<br>**Charlotte, NC 28216** | **contractor payment** | | **25,000.00** |
| **Sawyer's Produce**<br>**2350 Ebenezer Road**<br>**Rock Hill, SC 29732** | **Sawyer's Produce**<br>**2350 Ebenezer Road**<br>**Rock Hill, SC 29732** | **vendord** | | **19,842.00** |
| **Sygma-H Food**<br>**PO Box 43271-0883**<br>**Columbus, OH 43271-0683** | **Sygma-H Food**<br>**PO Box 43271-0883**<br>**Columbus, OH 43271-0683** | **vendor** | | **28,000.00** |
| **United Health Care**<br>**Dept CH 10151**<br>**Palatine, IL 60055-0151** | **United Health Care**<br>**Dept CH 10151**<br>**Palatine, IL 60055-0151** | **vendor** | | **3,401.60** |
| **William Holmes**<br>**422 Mud Lane**<br>**Northampton, PA 18067** | **William Holmes**<br>**422 Mud Lane**<br>**Northampton, PA 18067** | **lender** | | **125,000.00** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **September 27, 2011**                          Signature    **/s/ Justin Scotto**
                                                                     **Justin Scotto**
                                                                     **Manager**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Western District

In re   **Scotto Restaurant Group, LLC**
                                    Debtor(s)

Case No.   **11-40506**
Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **September 27, 2011**

**/s/ Justin Scotto**
**Justin Scotto**/Manager
Signer/Title

Action Mechanical Contractors
PO Box 7325
Charlotte, NC 28241


Advanced Restaurant Finance
1300 Concord Terrace Ste 310
Fort Lauderdale, FL 33323


Airgas National Cabonation
PO Box 601985
Charlotte, NC 28260-1985


Allysa Thevenin
8467 Middleton Cr
Harrisburg, NC 28075


American Honda Finance
PO Box 105027
Atlanta, GA 30348-5027


Asante Anderson
211 S Cloudman St
Charlotte, NC 28208


AT&T
PO Box 105262
Atlanta, GA 30348-5262


B & J Peerless
Kansas City, KS 66101


Bank of America
PO Box 15019
Wilmington, DE 19886-5019


Bank of America
PO Box 15710
Wilmington, DE 19886-5710


Bank of America
PO Box 53150
Phoenix, AZ 85072-3150

Bank of America Business Card
PO Box 660576
Dallas, TX 75266

Bessie Jefferys
6915 Idlewild Rd
Charlotte, NC 28212

Brian Trulli
1723 Newland Rd
Denver, NC 28037

Brittany Hampton
2000 S. Main St
Kannapolis, NC 28081

Brittany Owens
10256 Kandan Knoll Dr
Charlotte, NC 28262

Bruce Stewart ll
6428 McBride St
Charlotte, NC 28215

Burnell Kennedy
212 Essex Lane
Lolo, MT 59847

Cabarrus County Tax Collector
PO Box 580347
Charlotte, NC 28258-0347

Capital One
PO Box 71083
Charlotte, NC 28272-1083

Carol Myers
5825 Old Concord Rd
Charlotte, NC 28213

Carolina Cutlery
PO Box 7106
Charlotte, NC 28241

Charles Schollar
7630 Henderson Park Rd
Huntersville, NC 28078


Chloe Wilson
11737 Windy Mist Way
Huntersville, NC 28078


Christina Collins
1035 Central Dr
Concord, NC 28027


Cintas Corporation
PO Box 630803
Cincinnati, OH 45263


CIT Small Business Lending
PO Box 277280
Atlanta, GA 30384-7280


City of Concord
PO Box 580469
Charlotte, NC 28258


Columbia Cochran Commons LLC
PO Box 534545
Atlanta, GA 30353-4545


Concord Mills Mall LP
PO Box 100451
Atlanta, GA 30384-0451


Corrie Wooten
9910 John Redford Dr
Charlotte, NC 28262


CPI Security Systems
4200 Sandy Porter Road
Charlotte, NC 28273


Crystal Cumbus
101 Westview St
Kannapolis, NC 28081

Crystal Lester
1370 Poplar Glen Dr
Kannapolis, NC 28083


Dakota Snyder
1346 Oakbrook Ln
Denver, NC 28037


David A. Coleman
3125 Chapwin Circle NW
Apt. A
Concord, NC 28027


David Mitchell and Associates
Attn: Joel Bartlett
4630-B Frederick Drive SW
Atlanta, GA 30336


Dean Stevens
833 Crown Point Circle
Concord, NC 28027


Demetrius K. Leake
9701 Trinity Rd
Apt.G
Charlotte, NC 28216


Directv
PO Box 60036
Los Angeles, CA 90060-0036


Donald Hardin
4700 Meridian Dr
Charlotte, NC 28216


Donald Myers
10935 E san Felipe Avenue
Clovis, CA 93619-9324


Donovan Parks
15407 Crowning Tavern Ln
Charlotte, NC 28262

Donovan Walters
3834 Saxonbury Way
Charlotte, NC 28269


Douglas R. Ardis
6222 Hunter Ave
Charlotte, NC 28262


Duke Energy
PO Box 70515
Charlotte, NC 28272-0515


Dunbar Security Products Inc
PO Box 333
Baltimore, MD 21203


Ed Lloyd & Associates
8045 Corporate Center Drive Ste 100
Charlotte, NC 28226-4551


Eddy Lagraba
10019 Fairlea Dr
Charlotte, NC 28269


Employers Preferred Insuance Co.
PO Box 53089
Phoenix, AZ 85072


Employment Security Commission of NC
PO Box 26504
Raleigh, NC 27611


Firehouse of America LLC
Attn: Don Mason
3400-8 Kori Road
Jacksonville, FL 32257


Firehouse Restaurant Group
Attn: Don Mason
3400-8 Kori Road
Jacksonville, FL 32257

Firehouse Subs Market Fund
Attn: Don Mason
3400-8 Kori Road
Jacksonville, FL 32257


Firehouse Subs Public Safety Foundation
Attn: Don Mason
3400-8 Kori Road
Jacksonville, FL 32257


Firehouse Subs System Fund
Attn: Don Mason
3400-8 Kori Road
Jacksonville, FL 32257


Floyd Jordan
7522 Baylor Way Ct
Charlotte, NC 28215


Gaston County Tax Collector
PO Box 1578
Gastonia, NC 28053-1578


GUARD Insurance Group
PO Box 62479
Baltimore, MD 21264-2479


Harvey Olivetti
108 Alpha Avenue
Wind Gap, PA 18091


Hasani Thompson
2128 Dembrigh Ln
Charlotte, NC 28262


Hot Shots
4733 Dwight Evans Road
Charlotte, NC 28217


Ikon Financial Services
PO Box 740540
Atlanta, GA 30374-0540

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

Isabelle Devera
1952 Dembrigh Ln
Charlotte, NC 28262

Ivey Exterminating
228 Atando Avenue
Charlotte, NC 28206

Jacob Trulli
1723 Newland Rd
Denver, NC 28037

Jane Beam
303 Katie Dr
China Grove, NC 28203

Jesenia Ramos
8724 Apaloosa Way Ln
Charlotte, NC 28216

Jessica Flynn
1526 Flat River Dr
Apt.113
Charlotte, NC 28262

Jessica Hines
162 Madison Ave
Concord, NC 28025

John T. Ponder
6328 Wyndham Hill Dr
Charlotte, NC 28269

Jonathan D. Wright
1543 Mark Dr
Concord, NC 28025

Jonathan Smith
2755 Barnfield Rd
Concord, NC 28025

Jonathan T. Banks
2425 Statesville Ave
Charlotte, NC 28206


Jordyn Boci
9618 Diettle Dr
Charlotte, NC 28216


Joseph Evans
2251 Spider Dr
Kannapolis, NC 28083


Joshua Moyer
999 Skyway Dr
Kannapolis, NC 28083


Joshua Stanish
9910 Nicole Ln
Charlotte, NC 28269


Julius Griffin Jr
1826 Ashley Rd
Charlotte, NC 28208


Justin J. Scotto
137 Cross Center Rd
Suite 234
Denver, NC 28037


Kacie Thomas
7427 Autumn Trail Rd
Charlotte, NC 28213


Karen Mullis
4587 Lands End Ct
Concord, NC 28027


Katherine Fail
2482 Susie Brumley Place
Concord, NC 28027


Keith Holmes
1339 5th Street
Whitehall, PA 18052

Kelly Holmes
1552 Washington Avenue
Northampton, PA 18067


Kelly Wells
1443 Napa St
Concord, NC 28027


Kevin Wright
12421 Dixie Ann Dr
Charlotte, NC 28262


Khalil Salim
5122 Daffodil Ln
Concord, NC 28025


Kimberly Richardson
8025 Pike Dr
Apt.929
Charlotte, NC 28262


Krissie Bowlin
712 S Valley St
Landis, NC 28088


Kristi Golladay
4105 Hunter Ridge Ln
Kannapolis, NC 28081


Krystal Copeland
107 Taunton Ct
Apt.11
Concord, NC 28027


Krystal Griffin
633 Caribbean Ct
Kannapolis, NC 28081


Lakisha Ingram
Kings Park Dr
Charlotte, NC 28216


Larry A. Winford
144 Mackey St
Mooresville, NC 28115

Larry W. Gibson
16321 Hwy 73
Huntersville, NC 28078

Le Shekia Hines
5825 Old Concord Rd
Charlotte, NC 28213

Lester High
2655 Saint Peters Road
Pottstown, PA 19465

Lester Schaffluetzel
4227 Woods End Ln
Charlotte, NC 28277

Lincoln County Tax Collector
PO Box 938
Lincolnton, NC 28092

Linda McMichael
6952 Forest Hills Dr
Denver, NC 28037

Lindsey Kendrick
5916 Colonial Garden Dr
Huntersville, NC 28078

Lindsey Myrtle
3607 Cedar Springs Dr SW
Concord, NC 28027

Marcus Gabriel
342 Melrose Dr
Concord, NC 28025

Marcus Mason
6235 Green Vista Ct
Charlotte, NC 28212

Mario Zavala
11815 Musker Ln
Charlotte, NC 28273

Mark Lockyer
7539 Eurostar Dr
Charlotte, NC 28213


Mary A. Ardis
6220 Hunter Ave
Charlotte, NC 28262


Matthew Mingo
938 Cathedral Dr
Belmont, NC 28012


Mecklenburg County Tax Collector
Tax Bankruptcy Section
PO Box 31637
Charlotte, NC 28231-1637


Megan P. Welker
13025 Beatties Ford Rd
Huntersville, NC 28078


Michael Heymann
4655 Hackberry Grove Circle
Apt.1612
Charlotte, NC 28269


Naoha Sochan
1820 Morrison Rd
Concord, NC 28025


NaQuella Lloyd
210 East Trade St
Charlotte, NC 28202


Nationwide Insurance
PO Box 10479
Des Moines, IA 50306-0479


NC Department of Revenue
PO Box 1168
Raleigh, NC 27602


Nerys Shomaker
5825 Old Concord Rd
Charlotte, NC 28213

Nicholas Matera
6643 Ridge Run Ct
Charlotte, NC 28216

Nick Caldwell
1319 Rolling Hills Ct
Concord, NC 28025

Nicole Properties LLC
2879 Hwy 160 West #4595
Fort Mill, SC 29708

Norman D. Reeves
8025 Leonine Ct
Charlotte, NC 28269

Northlake Venture
121 W Trade Street 27th Flr
Charlotte, NC 28202-5399

NuCO2 LLC
PO Box 9011
Stuart, FL 34995

Pacific Avenue LLC
4725 Piedmont Row Drive Ste 800
Charlotte, NC 28210

Patrick Mason
421 Honeywood Ave
Charlotte, NC 28216

Paul Benjock
4709 Hanwell Lane
Concord, NC 28027

Paul Hand
1429 Miranda Lane
Warminster, PA 18974

Pawnee Leasing Corporation
700 Centre Avenue
Fort Collins, CO 80526

Penguin Repair
3225 Basilwood Circle
Monroe, NC 28110


Piedmont Natural Gas
PO Box 533500
Atlanta, GA 30353-3500


Preferred Parking Services
212 S Tryon Street Ste 1300
Charlotte, NC 28281


PSNC Energy
P Box 100256
Columbia, SC 29202-3256


Rashard Miller
1807 Abby Knoll Dr
Apex, NC 27502


Raymond King
1501 Willow Park Dr
Apt.520
Charlotte, NC 28205


Rayna Poer
2425 Poplar Tent Rd
Concord, NC 28027


Retail Data Systems
375 Franklin Rd Ste 400
Marietta, GA 30067


Richard Guter
701 Lindwood Drive
Greensburg, PA 15601


Robert Kennedy
2591 Blackberry Road
Dover, PA 17615


Ross & Wittmier
4620 Rozzells Ferry Road
Charlotte, NC 28216

Sam Lepore
4808 Covington Dr
Concord, NC 28027

Samantha D. Harper
263 Wyoming Dr
Concord, NC 28027

Sawyer's Produce
2350 Ebenezer Road
Rock Hill, SC 29732

Scott Baudier
6517 Airview Lane
Denver, NC 28037

Shannon Welch
7101 O'Brien Ct
Charlotte, NC 28269

Sharique Hurdle
15320 Chowning Tavern Ln
Charlotte, NC 28262

Sharrod A. Anderson
1933 Holly St
Charlotte, NC 28216

Shaun Thomas
7724 Tanager Ln
Charlotte, NC 28269

Shelisia Logan
1826 Ashley Rd
Charlotte, NC 28203

Sheltonia Everett
1826 Ashley Rd
Charlotte, NC 28208

Shemeka R. Daniels
6920 Hidden Forest Dr
Apt.3-31D
Charlotte, NC 28213

Small Business Administration
NC District Office
6302 Fairview Road Suite 300
Charlotte, NC 28210


Squeegee Pros
9247 Sherbourne Lane
Sherrills Ford, NC 28673


St Charles Place LLC
c/o Sunset Management Group
PO Box 11207
Charlotte, NC 28220


Stephen Compton
9763 Briarwood Dr
Stanfield, NC 28163


Sygma-H Food
PO Box 43271-0883
Columbus, OH 43271-0683


Talvin Johnson
920 Edsel Ct
Kannapolis, NC 28083


Tata Siriphan
400 W. Park Ave
Apt.C-22
Mooresville, NC 28115


Taylor Furr
6053 Roberta Rd
Harrisburg, NC 28075


Taylor Solada
7305 Denali Ln
Charlotte, NC 28216


Templeton & Raynor P A
1800 East Boulevard
Charlotte, NC 28203

Teri Gibson
12411 Beatties Ford Rd
Huntersville, NC 28070


The Bain Group PLLC
8301 University Executive Park Drive
Suite 120
Charlotte, NC 28262


The Storage Bin
1138 N Highway 16
Denver, NC 28037


Time Payment Corp
16 N E Executive Park #200
Burlington, MA 01803


Time Warner Cable
PO Box 70872
Charlotte, NC 28272-0872


Town & Associates Inc
126 Water Street
Baraboo, WI 53913-2445


Tracy Briggs
5825 Old Concord Rd
Charlotte, NC 28213


Trenayne Wright
45 Wyncoff Ave NW
Concord, NC 28025


Trevor Barksdale
9610 Harris Glen Dr
Charlotte, NC 28269


United Health Care
Dept CH 10151
Palatine, IL 60055-0151


US Small Business Administration
PO Box 740192
Atlanta, GA 30374

Valentina Winslow
51 Sunderland Rd
Concord, NC 28025


Vend Lease Company
8100 Sandpiper Circle Ste 300
Baltimore, MD 21236


Veronica D. Bethune
4101 Piney Grove Rd
Charlotte, NC 28212


Victor Ancheta
702 W. Cemetary St.
Salisbury, NC 28144


VR Mergers & Acquisitions
c/o Greg Ponder
17250 Lancaster Highway Ste 601
Charlotte, NC 28277


Wendy Hucks
2943 Cochrane Dr
Charlotte, NC 28269


WHC Properties LLC
Attn: William Carlisle
5306 South Blvd
Charlotte, NC 28217


William Holmes
422 Mud Lane
Northampton, PA 18067


Willie Jones
520 Wrayhill Dr
Charlotte, NC 28262


Windstream
PO Box 9001908
Louisville, KY 40290-1908

World Pay US Inc
3800 Camp Creek Parkway
Bldg 1200 Ste 100
Atlanta, GA 30331


XM Satellite Radio
PO Box 9001399
Louisville, KY 40290-1399