# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# SHELBY DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) **Case No.:    11-40506** |
| **SCOTTO RESTAURANT GROUP, LLC** | ) **Chapter 11** |
| *fka* **Scotto Holdings, LLC** | ) |
| | ) |
| **Debtor(s)** | ) |

## NOTICE TO CREDITORS HOLDING TWENTY LARGEST UNSECURED CLAIMS

    The above-referenced debtor has filed a Chapter 11 petition in the Western District of North Carolina.  The Bankruptcy Code, 11 U.S.C. §1102, requires the Court to appoint a Committee of Unsecured Creditors.  Normally the committee consists of those persons willing to serve who hold the seven largest unsecured claims against the debtor.

    You or your company have been listed by the debtor as one of the creditors holding the twenty largest claims against the debtor.  Information regarding the function of the Creditors' Committee is enclosed with this notice.  If you are interested in serving as a member of the Creditors' Committee, please fill out and return the enclosed Notice of Intent to Accept/Decline Appointment to the Creditors' Committee within ten (10) days of the date of this notice.  If appointed, you will receive a copy of the order appointing the Creditors' Committee.  The first Creditors' Committee meeting will be held immediately following the first meeting of creditors unless you receive notice that it will be held at an earlier date.

    Please return the Notice of Intent to Accept/Decline Appointment to the Creditors' Committee to the undersigned at the address indicated below within **ten (10) days** of the date of this notice.

    Dated:  September 29, 2011.

                          /s/ Linda W. Simpson
                          Linda W. Simpson
                          United States Bankruptcy Administrator
                          402 W. Trade Street, Suite 200
                          Charlotte, NC  28202-1669
                          N.C. Bar #12596
                          Telephone:  (704) 350-7587   Fax:  (704) 344-6666
                          Email: Linda_Simpson@ncwba.uscourts.gov

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# SHELBY DIVISION

IN RE:                                )
                                      ) Case No.:    11-40506
SCOTTO RESTAURANT GROUP, LLC          ) Chapter 11
*fka* Scotto Holdings, LLC            )
                                      )
           **Debtor(s)**               )

## NOTICE OF INTENT TO ACCEPT/DECLINE APPOINTMENT TO CREDITORS' COMMITTEE

The undersigned, a representative of the company or individual listed below,

___ Agrees to accept appointment to the Committee of Unsecured Creditors in the above-referenced case, if so appointed by the Court.

___ Declines to accept appointment to the Committee of Unsecured Creditors in the above-referenced case.

Name of Creditor: _____

Name of Representative: _____

Address of Representative: _____
_____
_____

Amount of Claim: $ _____

Type of Claim: _____

(Please note if you contend that your claim is secured by a lien on property of the debtor or if you maintain a priority status.)

Relationship to Debtor: _____

(Please state whether the creditor is related to the debtor as an insider or other pertinent relationship.)

Representative's Telephone No.: _____    Email: _____

Dated: _____

_____
Signature

**Return to: Office of the Bankruptcy Administrator, 402 W. Trade Street, Suite 200, Charlotte, NC 28202-1669, Fax (704) 344-6666.**

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# SHELBY DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No.:   11-40506 |
| SCOTTO RESTAURANT GROUP, LLC ) | Chapter 11 |
| *fka* Scotto Holdings, LLC ) | |
| ) | |
| Debtor(s) ) | |

## CERTIFICATE OF SERVICE

The undersigned certifies that the Notice to Creditors Holding Twenty Largest Unsecured Claims to which this Certificate is attached was served upon the party(s) to this action listed below by depositing a copy of the same, enclosed in a first-class postpaid, properly addressed wrapper, in a Post Office or official depository under the exclusive care and custody of the United States Postal Service on September 29, 2011.

/s/ Linda W. Simpson
Linda W. Simpson, United States Bankruptcy Administrator
402 W. Trade Street, Suite 200
Charlotte, NC  28202-1669
N.C. Bar #12596
Telephone:  (704) 350-7587   Fax:  (704) 344-6666

| | | |
|---|---|---|
| Bank of America<br>PO Box 15710<br>Wilmington, DE 19886-5710 | Bank of America Business Card<br>PO Box 660576<br>Dallas, TX 75266 | Burnell Kennedy<br>212 Essex Lane<br>Lolo, MT 59847 |
| David Mitchell and Associates<br>Attn: Joel Bartlett<br>4630-B Frederick Drive SW<br>Atlanta, GA 30336 | Donald Myers<br>10935 E san Felipe Avenue<br>Clovis, CA 93619-9324 | Employment Security Commission<br>of NC<br>PO Box 26504<br>Raleigh, NC 27611 |
| GUARD Insurance Group<br>PO Box 62479<br>Baltimore, MD 21264-2479 | Harvey Olivetti<br>108 Alpha Avenue<br>Wind Gap, PA 18091 | Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Keith Holmes<br>1339 5th Street<br>Whitehall, PA 18052 | Kelly Holmes<br>1552 Washington Avenue<br>Northampton, PA 18067 | Lester High<br>2655 Saint Peters Road<br>Pottstown, PA 19465 |
| Paul Hand<br>1429 Miranda Lane<br>Warminster, PA 18974 | Richard Guter<br>701 Lindwood Drive<br>Greensburg, PA 15601 | Robert Kennedy<br>2591 Blackberry Road<br>Dover, PA 17615 |
| Ross & Wittmier<br>4620 Rozzells Ferry Road<br>Charlotte, NC 28216 | Sawyer's Produce<br>2350 Ebenezer Road<br>Rock Hill, SC 29732 | Sygma-H Food<br>PO Box 43271-0883<br>Columbus, OH 43271-0683 |
| United Health Care<br>Dept CH 10151<br>Palatine, IL 60055-0151 | William Holmes<br>422 Mud Lane<br>Northampton, PA 18067 | |