## Scotto Restaurant Group LLC

| PROJECTED Profit & Loss | Initial Distribution | | Year 1 | | | | Year 2 | | | |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| | Period 7-12, 2012 | | Period 1-6, 2013 for | | Period 7-12, 2013 | | Period 1-6, 2014 | | Period 7-12, | |
| | January 30th payment | | July 30th payment | | January 30th payment | | July 30th | | January 30 | |
| **Income** | | | | | | | | | | |
| 19 FOOD & CATERING SALES | 2,576,032.00 | 104.00% | 2,302,631.90 | 104.74% | 2,752,631.90 | 103.93% | 2,378,460.90 | 104.73% | 2,828,460.90 | |
| 20 DISCOUNTS & ALLOWANCES | -99,187.00 | -4.00% | -104,187.32 | -4.74% | -104,187.32 | -3.93% | -107,312.94 | -4.73% | -107,312.94 | |
| **Total Income** | $ 2,476,845.00 | 100.00% | $ 2,198,444.58 | 100.00% | $ 2,648,444.58 | 100.00% | $ 2,271,147.96 | 100.00% | $ 2,721,147.96 | |
| **Cost of Goods Sold** | | | | | | | | | | |
| 21 COST OF GOODS SOLD - PURCHASES | 804,974.63 | 32.50% | 714,494.49 | 32.50% | 860,744.49 | 32.50% | 738,123.09 | 32.50% | 884,373.09 | |
| **Total Cost of Goods Sold** | $ 804,974.63 | 32.50% | $ 714,494.49 | 32.50% | $ 860,744.49 | 32.50% | $ 738,123.09 | 32.50% | $ 884,373.09 | |
| **Gross Profit** | $ 1,671,870.38 | 67.50% | $ 1,483,950.09 | 67.50% | $ 1,787,700.09 | 67.50% | $ 1,533,024.87 | 67.50% | $ 1,836,774.87 | |
| **Expenses** | | | | | | | | | | |
| 22 SALARIES & WAGES EXPENSES | 594,442.80 | 24.00% | 527,626.70 | 24.00% | 635,626.70 | 24.00% | 545,075.51 | 24.00% | 653,075.51 | |
| 23 EMPLOYEE BENEFITS | 99,073.80 | 4.00% | 87,937.78 | 4.00% | 105,937.78 | 4.00% | 90,845.92 | 4.00% | 108,845.92 | |
| 24 DIRECT OPERATING EXPENSES | 198,147.60 | 8.00% | 175,875.57 | 8.00% | 211,875.57 | 8.00% | 181,691.84 | 8.00% | 217,691.84 | |
| 25 MARKETING | 123,842.25 | 5.00% | 131,906.67 | 6.00% | 158,906.67 | 6.00% | 136,268.88 | 6.00% | 163,268.88 | |
| 26 ENERGY & UTILITY SERVICES | 49,536.90 | 2.00% | 43,968.89 | 2.00% | 52,968.89 | 2.00% | 45,422.96 | 2.00% | 54,422.96 | |
| 27 OCCUPANCY COSTS | 296,860.96 | 11.99% | 296,860.96 | 13.50% | 296,860.96 | 11.21% | 276,279.96 | 12.16% | 276,279.96 | |
| 28 ADMINISTRATIVE & GENERAL | 92,881.69 | 3.75% | 104,041.67 | 4.73% | 99,316.67 | 3.75% | 85,168.05 | 3.75% | 102,043.05 | |
| 29 REPAIRS & MAINTENANCE | 24,768.45 | 1.00% | 21,984.45 | 1.00% | 26,484.45 | 1.00% | 22,711.48 | 1.00% | 27,211.48 | |
| 30 OTHER INCOME & GAINS | -8,000.00 | -0.32% | -8,000.00 | -0.36% | -8,000.00 | -0.30% | -8,000.00 | -0.35% | -8,000.00 | |
| Payroll Expenses | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | |
| Reimbursements | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | |
| **Total Expenses** | $ 1,471,554.45 | 59.41% | $ 1,382,202.69 | 62.87% | $ 1,579,977.69 | 59.66% | $ 1,375,464.59 | 60.56% | $ 1,594,839.59 | |
| **Net Operating Income** | $ 200,315.93 | 8.09% | $ 101,747.40 | 4.63% | $ 207,722.40 | 7.84% | $ 157,560.28 | 6.94% | $ 241,935.28 | |
| **Other Expenses** | | | | | | | | | | |
| 32 NON CASH ITEMS | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | |
| **Owners Overhead** | | | | | | | | | | |
| Owner Salary | 44,000.00 | | 45,000.00 | | 45,000.00 | | 46,000.0 | | 46,000.0 | |
| FICA and Taxes | 3,250.00 | | 3,250.00 | | 3,250.00 | | 3,250.00 | | 3,250.00 | |
| Other Benefits/ Medical | 6,750.00 | | 6,750.00 | | 6,750.00 | | 6,750.00 | | 6,750.00 | |
| Travel and Entertainment | 3,750.00 | | 3,750.00 | | 3,750.00 | | 3,750.00 | | 3,750.00 | |
| Automobile | 2,750.00 | | 2,750.00 | | 2,750.00 | | 2,750.00 | | 2,750.00 | |
| Overhead office | 4,250.00 | | 4,250.00 | | 4,250.00 | | 4,250.00 | | 4,250.00 | |
| Overhead legal expense | 3,000.00 | | 3,000.00 | | 3,000.00 | | 3,000.00 | | 3,000.00 | |
| 33 OWNER'S OVERHEAD TOTAL | 67,750.00 | 2.74% | 68,750.00 | 3.13% | 68,750.00 | 2.60% | 69,750.00 | 3.07% | 69,750.00 | |
| 34 PROVISION FOR INCOME TAXES | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | |
| 8250 Miscellaneous Expenses | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | |
| Reconciliation Discrepancies | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | |
| **Total Other Expenses** | $ 67,750.00 | 2.74% | $ 68,750.00 | 3.13% | $ 68,750.00 | 2.60% | $ 69,750.00 | 3.07% | $ 69,750.00 | |
| **Net Other Income** | -$ 67,750.00 | -2.74% | -$ 68,750.00 | -3.13% | -$ 68,750.00 | -2.60% | -$ 69,750.00 | -3.07% | -$ 69,750.00 | |
| **Net Income** | $ 132,565.93 | 5.35% | $ 32,997.40 | 1.50% | $ 138,972.40 | 5.25% | $ 87,810.28 | 3.87% | $ 172,185.28 | |
| **CHAPTER 11 PLAN PAYMENTS** | | | | | | | | | | |
| CIT payment/ Principal and Interest | $ 12,000.00 | | $ 24,000.00 | | $ 24,000.00 | | $ 875.52 | | $ 875.52 | |
| Honda Payment | $ 875.52 | | $ 875.52 | | $ 875.52 | | $ 875.52 | | $ 875.52 | |
| Net Net Income | $ 119,690.41 | | $ 8,121.88 | | $ 114,096.88 | | $ 86,934.76 | | $ 171,309.76 | |
| Cash Reserve | ($25,000.00) | | ($5,000.00) | | | | ($10,000.00) | | | |
| Tax Witholding Amount (25%) | | | | | | | | | | |
| **DISTRIBUTION AMOUNT** | $ 94,690.41 | | $ 3,121.88 | | $ 114,096.88 | | $ 76,934.76 | | $ 171,309.76 | |
| Admin Claims (est. $200,000) | $ 88,190.41 | | $ 3,121.88 | | $ 85,391.71 | | | | | |
| US Bankruptcy Adminitrator Fees | $ 6,500.00 | | | | | | | | | |
| Priority Tax Claims (est. $224,000) | $0 | | | | $ 28,705.17 | | $ 76,934.76 | | $ 104,061.09 | |
| Unsecured Creditors (est. $2,000,000) | $0 | | | | | | | | $ 67,248.67 | |
| Remainder to be paid to Unsecureds | | | | | | | | | ($1,932,751.33) | |
| Total | | | | | | | | | | |

| PROJECTED Profit & Loss | 2014 | Year 3 | | | | Year 4 | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Period 1-6, 2015 | | Period 7-12, 2015 | | Period 1-6, 2016 | | Period 7-12, 2016 | |
| | th | July 30th | | January 30th | | July 30th | | January 30th | |
| **Income** | | | | | | | | | |
| 19 FOOD & CATERING SALES | 103.94% | 2,456,564.70 | 104.71% | 2,906,564.70 | 103.95% | 2,537,011.60 | 104.70% | 2,987,011.60 | 103.96% |
| 20 DISCOUNTS & ALLOWANCES | -3.94% | -110,532.33 | -4.71% | -110,532.33 | -3.95% | -113,848.30 | -4.70% | -113,848.30 | -3.96% |
| **Total Income** | 100.00% | $ 2,346,032.37 | 100.00% | $ 2,796,032.37 | 100.00% | $ 2,423,163.30 | 100.00% | $ 2,873,163.30 | 100.00% |
| **Cost of Goods Sold** | | | | | | | | | |
| 21 COST OF GOODS SOLD - PURCHASES | 32.50% | 762,460.52 | 32.50% | 908,710.52 | 32.50% | 787,528.07 | 32.50% | 933,778.07 | 32.50% |
| **Total Cost of Goods Sold** | 32.50% | $ 762,460.52 | 32.50% | $ 908,710.52 | 32.50% | $ 787,528.07 | 32.50% | $ 933,778.07 | 32.50% |
| **Gross Profit** | 67.50% | $ 1,583,571.85 | 67.50% | $ 1,887,321.85 | 67.50% | $ 1,635,635.23 | 67.50% | $ 1,939,385.23 | 67.50% |
| **Expenses** | | | | | | | | | |
| 22 SALARIES & WAGES EXPENSES | 24.00% | 563,047.77 | 24.00% | 671,047.77 | 24.00% | 581,559.19 | 24.00% | 689,559.19 | 24.00% |
| 23 EMPLOYEE BENEFITS | 4.00% | 93,841.29 | 4.00% | 111,841.29 | 4.00% | 96,926.53 | 4.00% | 114,926.53 | 4.00% |
| 24 DIRECT OPERATING EXPENSES | 8.00% | 187,682.59 | 8.00% | 223,682.59 | 8.00% | 193,853.06 | 8.00% | 229,853.06 | 8.00% |
| 25 MARKETING | 6.00% | 140,761.94 | 6.00% | 167,761.94 | 6.00% | 145,389.80 | 6.00% | 172,389.80 | 6.00% |
| 26 ENERGY & UTILITY SERVICES | 2.00% | 46,920.65 | 2.00% | 55,920.65 | 2.00% | 48,463.27 | 2.00% | 57,463.27 | 2.00% |
| 27 OCCUPANCY COSTS | 10.15% | 282,329.96 | 12.03% | 282,329.96 | 10.10% | 288,379.96 | 11.90% | 288,379.96 | 10.04% |
| 28 ADMINISTRATIVE & GENERAL | 3.75% | 87,976.21 | 3.75% | 104,851.21 | 3.75% | 90,868.62 | 3.75% | 107,743.62 | 3.75% |
| 29 REPAIRS & MAINTENANCE | 1.00% | 23,460.32 | 1.00% | 27,960.32 | 1.00% | 24,231.63 | 1.00% | 28,731.63 | 1.00% |
| 30 OTHER INCOME & GAINS | -0.29% | -8,000.00 | -0.34% | -8,000.00 | -0.29% | -8,000.00 | -0.33% | -8,000.00 | -0.28% |
| Payroll Expenses | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% |
| Reimbursements | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% |
| **Total Expenses** | 58.61% | $ 1,418,020.74 | 60.44% | $ 1,637,395.74 | 58.56% | $ 1,461,672.07 | 60.32% | $ 1,681,047.07 | 58.51% |
| **Net Operating Income** | 8.89% | $ 165,551.11 | 7.06% | $ 249,926.11 | 8.94% | $ 173,963.16 | 7.18% | $ 258,338.16 | 8.99% |
| **Other Expenses** | | | | | | | | | |
| 32 NON CASH ITEMS | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% |
| **Owners Overhead** | | | | | | | | | |
| Owner Salary | | 47,000.0 | | 47,000.00 | | 48,000.00 | | 48,000.00 | |
| FICA and Taxes | | 3,250.00 | | 3,250.00 | | 3,250.00 | | 3,250.00 | |
| Other Benefits/ Medical | | 6,750.00 | | 6,750.00 | | 6,750.00 | | 6,750.00 | |
| Travel and Entertainment | | 3,750.00 | | 3,750.00 | | 3,750.00 | | 3,750.00 | |
| Automobile | | 2,750.00 | | 2,750.00 | | 2,750.00 | | 2,750.00 | |
| Overhead office | | 4,250.00 | | 4,250.00 | | 4,250.00 | | 4,250.00 | |
| Overhead legal expense | | 3,000.00 | | 3,000.00 | | 3,000.00 | | 3,000.00 | |
| 33 OWNER'S OVERHEAD TOTAL | 2.56% | 70,750.00 | 3.02% | 70,750.00 | 2.53% | 71,750.00 | 2.96% | 71,750.00 | 2.50% |
| 34 PROVISION FOR INCOME TAXES | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% |
| 8250 Miscellaneous Expenses | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% |
| Reconciliation Discrepancies | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% |
| **Total Other Expenses** | 2.56% | $ 70,750.00 | 3.02% | $ 70,750.00 | 2.53% | $ 71,750.00 | 2.96% | $ 71,750.00 | 2.50% |
| **Net Other Income** | -2.56% | -$ 70,750.00 | -3.02% | -$ 70,750.00 | -2.53% | -$ 71,750.00 | -2.96% | -$ 71,750.00 | -2.50% |
| **Net Income** | 6.33% | $ 94,801.11 | 4.04% | $ 179,176.11 | 6.41% | $ 102,213.16 | 4.22% | $ 186,588.16 | 6.49% |
| **CHAPTER 11 PLAN PAYMENTS** | | | | | | | | | |
| CIT payment/ Principal and Interest | | $ 875.52 | | | | $ - | | $ - | |
| Honda Payment | | $ - | | | | $ - | | $ - | |
| Net Net Income | | $ 93,925.59 | | $ 179,176.11 | | $ 102,213.16 | | $ 186,588.16 | |
| Cash Reserve | | ($10,000.00) | | | | ($10,000.00) | | | |
| Tax Witholding Amount (25%) | | | | | | | | | |
| DISTRIBUTION AMOUNT | | $ 83,925.59 | | $ 179,176.11 | | $ 92,213.16 | | $ 186,588.16 | |
| | | | | | | | | | |
| Admin Claims (est. $200,000) | | | | | | | | | |
| US Bankruptcy Adminitrator Fees | | | | | | | | | |
| Priority Tax Claims (est. $224,000) | | | | | | | | | |
| Unsecured Creditors (est. $2,000,000) | | $ 83,925.59 | $ - | $ 179,176.11 | | $ 92,213.16 | | $ 186,588.16 | |
| Remainder to be paid to Unsecureds | | ($1,848,825.74) | | ($1,669,649.63) | | ($1,577,436.47) | | ($1,390,848.31) | |
| Total | | | | | | | | | |

| PROJECTED Profit & Loss | Year 5 | | | | Year 6 | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Period 1-6, 2017 | | Period 7-12, 2017 | | Period 1-6, 2018 | | Period 7-12, 2018 | | Period 1-6 |
| | July 30th | | January 30th | | July 30th | | January 30th | | July 30 |
| **Income** | | | | | | | | | |
| 19 FOOD & CATERING SALES | 2,619,872.00 | 104.69% | 3,069,872.00 | 103.97% | 2,705,218.10 | 104.67% | 3,155,218.10 | 103.98% | 2,793,124.70 |
| 20 DISCOUNTS & ALLOWANCES | -117,263.75 | -4.69% | -117,263.75 | -3.97% | -120,781.66 | -4.67% | -120,781.66 | -3.98% | -124,405.11 |
| **Total Income** | $ 2,502,608.25 | 100.00% | $ 2,952,608.25 | 100.00% | $ 2,584,436.44 | 100.00% | $ 3,034,436.44 | 100.00% | $ 2,668,719.59 |
| **Cost of Goods Sold** | | | | | | | | | |
| 21 COST OF GOODS SOLD - PURCHASES | 813,347.68 | 32.50% | 959,597.68 | 32.50% | 839,941.84 | 32.50% | 986,191.84 | 32.50% | 867,333.87 |
| **Total Cost of Goods Sold** | $ 813,347.68 | 32.50% | $ 959,597.68 | 32.50% | $ 839,941.84 | 32.50% | $ 986,191.84 | 32.50% | $ 867,333.87 |
| **Gross Profit** | $ 1,689,260.57 | 67.50% | $ 1,993,010.57 | 67.50% | $ 1,744,494.60 | 67.50% | $ 2,048,244.60 | 67.50% | $ 1,801,385.72 |
| **Expenses** | | | | | | | | | |
| 22 SALARIES & WAGES EXPENSES | 600,625.98 | 24.00% | 708,625.98 | 24.00% | 620,264.75 | 24.00% | 728,264.75 | 24.00% | 640,492.70 |
| 23 EMPLOYEE BENEFITS | 100,104.33 | 4.00% | 118,104.33 | 4.00% | 103,377.46 | 4.00% | 121,377.46 | 4.00% | 106,748.78 |
| 24 DIRECT OPERATING EXPENSES | 200,208.66 | 8.00% | 236,208.66 | 8.00% | 206,754.92 | 8.00% | 242,754.92 | 8.00% | 213,497.57 |
| 25 MARKETING | 150,156.50 | 6.00% | 177,156.50 | 6.00% | 155,066.19 | 6.00% | 182,066.19 | 6.00% | 160,123.18 |
| 26 ENERGY & UTILITY SERVICES | 50,052.17 | 2.00% | 59,052.17 | 2.00% | 51,688.73 | 2.00% | 60,688.73 | 2.00% | 53,374.39 |
| 27 OCCUPANCY COSTS | 294,429.96 | 11.76% | 294,429.96 | 9.97% | 300,479.96 | 11.63% | 300,479.96 | 9.90% | 306,529.96 |
| 28 ADMINISTRATIVE & GENERAL | 93,847.81 | 3.75% | 110,722.81 | 3.75% | 96,916.37 | 3.75% | 113,791.37 | 3.75% | 100,076.98 |
| 29 REPAIRS & MAINTENANCE | 25,026.08 | 1.00% | 29,526.08 | 1.00% | 25,844.36 | 1.00% | 30,344.36 | 1.00% | 26,687.20 |
| 30 OTHER INCOME & GAINS | -8,000.00 | -0.32% | -8,000.00 | -0.27% | -8,000.00 | -0.31% | -8,000.00 | -0.26% | -8,000.00 |
| Payroll Expenses | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 |
| Reimbursements | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 |
| **Total Expenses** | $ 1,506,451.48 | 60.20% | $ 1,725,826.48 | 58.45% | $ 1,552,392.72 | 60.07% | $ 1,771,767.72 | 58.39% | $ 1,599,530.76 |
| **Net Operating Income** | $ 182,809.09 | 7.30% | $ 267,184.09 | 9.05% | $ 192,101.87 | 7.43% | $ 276,476.87 | 9.11% | $ 201,854.96 |
| **Other Expenses** | | | | | | | | | |
| 32 NON CASH ITEMS | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 |
| **Owners Overhead** | | | | | | | | | |
| Owner Salary | 49,000.00 | | 49,000.00 | | 50,000.00 | | 50,000.00 | | 51,000.00 |
| FICA and Taxes | 3,250.00 | | 3,250.00 | | 3,250.00 | | 3,250.00 | | 3,250.00 |
| Other Benefits/ Medical | 6,750.00 | | 6,750.00 | | 6,750.00 | | 6,750.00 | | 6,750.00 |
| Travel and Entertainment | 3,750.00 | | 3,750.00 | | 3,750.00 | | 3,750.00 | | 3,750.00 |
| Automobile | 2,750.00 | | 2,750.00 | | 2,750.00 | | 2,750.00 | | 2,750.00 |
| Overhead office | 4,250.00 | | 4,250.00 | | 4,250.00 | | 4,250.00 | | 4,250.00 |
| Overhead legal expense | 3,000.00 | | 3,000.00 | | 3,000.00 | | 3,000.00 | | 3,000.00 |
| 33 OWNER'S OVERHEAD TOTAL | 72,750.00 | 2.91% | 72,750.00 | 2.46% | 73,750.00 | 2.85% | 73,750.00 | 2.43% | 74,750.00 |
| 34 PROVISION FOR INCOME TAXES | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 |
| 8250 Miscellaneous Expenses | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 |
| Reconciliation Discrepancies | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 |
| **Total Other Expenses** | $ 72,750.00 | 2.91% | $ 72,750.00 | 2.46% | $ 73,750.00 | 2.85% | $ 73,750.00 | 2.43% | $ 74,750.00 |
| **Net Other Income** | -$ 72,750.00 | -2.91% | -$ 72,750.00 | -2.46% | -$ 73,750.00 | -2.85% | -$ 73,750.00 | -2.43% | -$ 74,750.00 |
| **Net Income** | $ 110,059.09 | 4.40% | $ 194,434.09 | 6.59% | $ 118,351.87 | 4.58% | $ 202,726.87 | 6.68% | $ 127,104.96 |
| CHAPTER 11 PLAN PAYMENTS | | | $ 1,431,803.00 | | | | | | |
| CIT payment/ Principal and Interest | $ - | | $ - | | $ - | | $ - | | $ - |
| Honda Payment | $ - | | $ - | | $ - | | $ - | | $ - |
| Net Net Income | $ 110,059.09 | | $ 194,434.09 | | $ 118,351.87 | | $ 202,726.87 | | $ 127,104.96 |
| Cash Reserve | ($10,000.00) | | | | ($10,000.00) | | | | ($10,000.00) |
| Tax Witholding Amount (25%) | | | | | ($29,587.97) | | ($50,681.72) | | ($31,776.24) |
| DISTRIBUTION AMOUNT | $ 100,059.09 | | $ 194,434.09 | | $ 78,763.90 | | $ 152,045.15 | | $ 85,328.72 |
| | | | | | | | | | |
| Admin Claims (est. $200,000) | | | | | | | | | |
| US Bankruptcy Adminitrator Fees | | | | | | | | | |
| Priority Tax Claims (est. $224,000) | | | | | | | | | |
| Unsecured Creditors (est. $2,000,000) | $ 100,059.09 | | $ 194,434.09 | | $ 78,763.90 | | $ 152,045.15 | $ - | $ 85,328.72 |
| Remainder to be paid to Unsecureds | ($1,290,789.22) | | ($1,096,355.14) | | ($1,017,591.23) | | ($865,546.08) | | ($780,217.36) |
| Total | | | | | | | | | |

| PROJECTED Profit & Loss | Year 7 | | | | Year 8 | | | | Year 9 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | , 2019 | Period 7-12, 2019 | | Period 1-6, 2020 | | Period 7-12,2020 | | Period 1-6,2021 | | Period 7-12 | |
| | th | January 30th | | July 30th | | January 30th | | July 30th | | January 3 | |
| **Income** | | | | | | | | | | | |
| 19 FOOD & CATERING SALES | 104.66% | 3,243,124.70 | 103.99% | 2,883,668.40 | 104.65% | 3,333,668.40 | 104.00% | 2,976,928.50 | 104.65% | 3,426,928.50 | |
| 20 DISCOUNTS & ALLOWANCES | -4.66% | -124,405.11 | -3.99% | -128,137.27 | -4.65% | -128,137.27 | -4.00% | -132,405.00 | -4.65% | -132,405.00 | |
| **Total Income** | 100.00% $ | 3,118,719.59 | 100.00% $ | 2,755,531.13 | 100.00% $ | 3,205,531.13 | 100.00% $ | 2,844,523.50 | 100.00% $ | 3,294,523.50 | |
| **Cost of Goods Sold** | | | | | | | | | | | |
| 21 COST OF GOODS SOLD - PURCHASES | 32.50% | 1,013,583.87 | 32.50% | 895,547.62 | 32.50% | 1,041,797.62 | 32.50% | 924,470.14 | 32.50% | 1,070,720.14 | |
| **Total Cost of Goods Sold** | 32.50% $ | 1,013,583.87 | 32.50% $ | 895,547.62 | 32.50% $ | 1,041,797.62 | 32.50% $ | 924,470.14 | 32.50% $ | 1,070,720.14 | |
| **Gross Profit** | 67.50% $ | 2,105,135.72 | 67.50% $ | 1,859,983.51 | 67.50% $ | 2,163,733.51 | 67.50% $ | 1,920,053.36 | 67.50% $ | 2,223,803.36 | |
| **Expenses** | | | | | | | | | | | |
| 22 SALARIES & WAGES EXPENSES | 24.00% | 748,492.70 | 24.00% | 661,327.47 | 24.00% | 769,327.47 | 24.00% | 682,685.64 | 24.00% | 790,685.64 | |
| 23 EMPLOYEE BENEFITS | 4.00% | 124,748.78 | 4.00% | 110,221.25 | 4.00% | 128,221.25 | 4.00% | 113,780.94 | 4.00% | 131,780.94 | |
| 24 DIRECT OPERATING EXPENSES | 8.00% | 249,497.57 | 8.00% | 220,442.49 | 8.00% | 256,442.49 | 8.00% | 227,561.88 | 8.00% | 263,561.88 | |
| 25 MARKETING | 6.00% | 187,123.18 | 6.00% | 165,331.87 | 6.00% | 192,331.87 | 6.00% | 170,671.41 | 6.00% | 197,671.41 | |
| 26 ENERGY & UTILITY SERVICES | 2.00% | 62,374.39 | 2.00% | 55,110.62 | 2.00% | 64,110.62 | 2.00% | 56,890.47 | 2.00% | 65,890.47 | |
| 27 OCCUPANCY COSTS | 11.49% | 306,529.96 | 9.83% | 312,579.96 | 11.34% | 312,579.96 | 9.75% | 318,629.96 | 11.20% | 318,629.96 | |
| 28 ADMINISTRATIVE & GENERAL | 3.75% | 116,951.98 | 3.75% | 103,332.42 | 3.75% | 120,207.42 | 3.75% | 106,669.63 | 3.75% | 123,544.63 | |
| 29 REPAIRS & MAINTENANCE | 1.00% | 31,187.20 | 1.00% | 27,555.31 | 1.00% | 32,055.31 | 1.00% | 28,445.24 | 1.00% | 32,945.24 | |
| 30 OTHER INCOME & GAINS | -0.30% | -8,000.00 | -0.26% | -8,000.00 | -0.29% | -8,000.00 | -0.25% | -8,000.00 | -0.28% | -8,000.00 | |
| Payroll Expenses | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | |
| Reimbursements | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | |
| **Total Expenses** | 59.94% $ | 1,818,905.76 | 58.32% $ | 1,647,901.39 | 59.80% $ | 1,867,276.39 | 58.25% $ | 1,697,335.17 | 59.67% $ | 1,916,710.17 | |
| **Net Operating Income** | 7.56% $ | 286,229.96 | 9.18% $ | 212,082.13 | 7.70% $ | 296,457.13 | 9.25% $ | 222,718.20 | 7.83% $ | 307,093.20 | |
| **Other Expenses** | | | | | | | | | | | |
| 32 NON CASH ITEMS | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | |
| **Owners Overhead** | | | | | | | | | | | |
| Owner Salary | | 51,000.00 | | 52,000.00 | | 52,000.00 | | 52,000.00 | | 53,000.00 | |
| FICA and Taxes | | 3,250.00 | | 3,250.00 | | 3,250.00 | | 3,250.00 | | 3,250.00 | |
| Other Benefits/ Medical | | 6,750.00 | | 6,750.00 | | 6,750.00 | | 6,750.00 | | 6,750.00 | |
| Travel and Entertainment | | 3,750.00 | | 3,750.00 | | 3,750.00 | | 3,750.00 | | 3,750.00 | |
| Automobile | | 2,750.00 | | 2,750.00 | | 2,750.00 | | 2,750.00 | | 2,750.00 | |
| Overhead office | | 4,250.00 | | 4,250.00 | | 4,250.00 | | 4,250.00 | | 4,250.00 | |
| Overhead legal expense | | 3,000.00 | | 3,000.00 | | 3,000.00 | | 3,000.00 | | 3,000.00 | |
| 33 OWNER'S OVERHEAD TOTAL | 2.80% | 74,750.00 | 2.40% | 75,750.00 | 2.75% | 75,750.00 | 2.36% | 75,750.00 | 2.66% | 76,750.00 | |
| 34 PROVISION FOR INCOME TAXES | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | |
| 8250 Miscellaneous Expenses | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | |
| Reconciliation Discrepancies | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | |
| **Total Other Expenses** | 2.80% $ | 74,750.00 | 2.40% $ | 75,750.00 | 2.75% $ | 75,750.00 | 2.36% $ | 75,750.00 | 2.66% $ | 76,750.00 | |
| **Net Other Income** | -2.80% -$ | 74,750.00 | -2.40% -$ | 75,750.00 | -2.75% -$ | 75,750.00 | -2.36% -$ | 75,750.00 | -2.66% -$ | 76,750.00 | |
| **Net Income** | 4.76% $ | 211,479.96 | 6.78% $ | 136,332.13 | 4.95% $ | 220,707.13 | 6.89% $ | 146,968.20 | 5.17% $ | 230,343.20 | |
| **CHAPTER 11 PLAN PAYMENTS** | | | | | | | | | | | |
| CIT payment/ Principal and Interest | | $    - | | $    - | | $    - | | $    - | | $    - | |
| Honda Payment | | $    - | | $    - | | $    - | | $    - | | $    - | |
| Net Net Income | | $  211,479.96 | | $  136,332.13 | | $  220,707.13 | | $  146,968.20 | | $  230,343.20 | |
| Cash Reserve | | ($10,000.00) | | ($10,000.00) | | | | ($10,000.00) | | | |
| Tax Witholding Amount (25%) | | ($52,869.99) | | ($34,083.03) | | ($55,176.78) | | ($36,742.05) | | ($57,585.80) | |
| DISTRIBUTION AMOUNT | | $  158,609.97 | | $  92,249.10 | | $  165,530.35 | | $  100,226.15 | | $  172,757.40 | |
| | | | | | | | | | | | |
| Admin Claims (est. $200,000) | | | | | | | | | | | |
| US Bankruptcy Adminitrator Fees | | | | | | | | | | | |
| Priority Tax Claims (est. $224,000) | | | | | | | | | | | |
| Unsecured Creditors (est. $2,000,000) | $    - | $  158,609.97 | $    - | $  92,249.10 | $    - | $  165,530.35 | $    - | $  100,226.15 | $    - | $  172,757.40 | |
| Remainder to be paid to Unsecureds | | ($621,607.38) | | ($529,358.29) | | ($363,827.94) | | ($263,601.80) | | ($90,844.40) | |
| Total | | | | | | | | | | | |

| PROJECTED Profit & Loss | | Year 10 | |
|---|---|---|---|
| | , 2021 | Period 1-6, 2022 | |
| Income | 0th | July 30th | |
| 19 FOOD & CATERING SALES | 104.02% | 2,976,928.50 | 104.65% |
| 20 DISCOUNTS & ALLOWANCES | -4.02% | -132,405.00 | -4.65% |
| **Total Income** | **100.00%** $ | **2,844,523.50** | **100.00%** |
| **Cost of Goods Sold** | | | |
| 21 COST OF GOODS SOLD - PURCHASES | 32.50% | 924,470.14 | 32.50% |
| **Total Cost of Goods Sold** | **32.50%** $ | **924,470.14** | **32.50%** |
| **Gross Profit** | **67.50%** $ | **1,920,053.36** | **67.50%** |
| **Expenses** | | | |
| 22 SALARIES & WAGES EXPENSES | 24.00% | 682,685.64 | 24.00% |
| 23 EMPLOYEE BENEFITS | 4.00% | 113,780.94 | 4.00% |
| 24 DIRECT OPERATING EXPENSES | 8.00% | 227,561.88 | 8.00% |
| 25 MARKETING | 6.00% | 170,671.41 | 6.00% |
| 26 ENERGY & UTILITY SERVICES | 2.00% | 56,890.47 | 2.00% |
| 27 OCCUPANCY COSTS | 9.67% | 318,629.96 | 11.20% |
| 28 ADMINISTRATIVE & GENERAL | 3.75% | 106,669.63 | 3.75% |
| 29 REPAIRS & MAINTENANCE | 1.00% | 28,445.24 | 1.00% |
| 30 OTHER INCOME & GAINS | -0.24% | -8,000.00 | -0.28% |
| Payroll Expenses | 0.00% | 0.00 | 0.00% |
| Reimbursements | 0.00% | 0.00 | 0.00% |
| **Total Expenses** | **58.18%** $ | **1,697,335.17** | **59.67%** |
| **Net Operating Income** | **9.32%** $ | **222,718.20** | **7.83%** |
| **Other Expenses** | | | |
| 32 NON CASH ITEMS | 0.00% | 0.00 | 0.00% |
| **Owners Overhead** | | | |
| Owner Salary | | 53,000.00 | |
| FICA and Taxes | | 3,250.00 | |
| Other Benefits/ Medical | | 6,750.00 | |
| Travel and Entertainment | | 3,750.00 | |
| Automobile | | 2,750.00 | |
| Overhead office | | 4,250.00 | |
| Overhead legal expense | | 3,000.00 | |
| 33 OWNER'S OVERHEAD TOTAL | 2.33% | 76,750.00 | 2.70% |
| 34 PROVISION FOR INCOME TAXES | 0.00% | 0.00 | 0.00% |
| 8250 Miscellaneous Expenses | 0.00% | 0.00 | 0.00% |
| Reconciliation Discrepancies | 0.00% | 0.00 | 0.00% |
| **Total Other Expenses** | **2.33%** $ | **76,750.00** | **2.70%** |
| **Net Other Income** | **-2.33%** -$ | **76,750.00** | **-2.70%** |
| **Net Income** | **6.99%** $ | **145,968.20** | **5.13%** |
| **CHAPTER 11 PLAN PAYMENTS** | | | |
| CIT payment/ Principal and Interest | | $  - | |
| Honda Payment | | $  - | |
| Net Net Income | | $ 145,968.20 | |
| Cash Reserve | | ($10,000.00) | |
| Tax Witholding Amount (25%) | | ($36,492.05) | |
| **DISTRIBUTION AMOUNT** | | $ **99,476.15** | |
| | | | |
| **Admin Claims (est. $200,000)** | | | |
| **US Bankruptcy Adminitrator Fees** | | | |
| **Priority Tax Claims (est. $224,000)** | | | |
| **Unsecured Creditors (est. $2,000,000)** | | $ 99,476.15 | $  - |
| **Remainder to be paid to Unsecureds** | | $8,631.75 | |
| **Total** | | | |