# Scotto Restaurant Group LLC
## Profit & Loss by Class
### August 20 - September 23, 2012

| | TOTAL | |
|---|---|---|
| | Aug 20 - Sep 23, 2012 | per_of_income |
| **Income** | | |
| 19 FOOD & CATERING SALES | 0.00 | 0.00% |
| 4100 FOOD SALES | 525,915.24 | 104.50% |
| Total 19 FOOD & CATERING SALES | $ 525,915.24 | 104.50% |
| 20 DISCOUNTS & ALLOWANCES | 0.00 | 0.00% |
| 4300 DISCOUNTS - COUPONS | -17,881.31 | -3.55% |
| 4310 MANAGER'S COMP | -3,506.52 | -0.70% |
| 4320 EMPLOYEE MEALS | -1,245.15 | -0.25% |
| Total 20 DISCOUNTS & ALLOWANCES | -$ 22,632.98 | -4.50% |
| **Total Income** | $ 503,282.26 | 100.00% |
| **Cost of Goods Sold** | | |
| 21 COST OF GOODS SOLD - PURCHASES | 0.00 | 0.00% |
| 5100 MEAT COST | 57,769.83 | 11.48% |
| 5110 PRODUCE COST | 12,000.32 | 2.38% |
| 5120 BREAD COST | 20,148.30 | 4.00% |
| 5130 SOUP/CHILI COST | 534.00 | 0.11% |
| 5140 DAIRY COST | 10,711.88 | 2.13% |
| 5150 NON-REVENUE COST | 11,988.32 | 2.38% |
| 5160 COOKIE/CHIP COST | 22,304.15 | 4.43% |
| 5170 BEVERAGE COST | 23,186.26 | 4.61% |
| 5300 PAPER COST - FOOD RELATED COST | 13,889.94 | 2.76% |
| 5350 MERCHANDISING COST | 106.57 | 0.02% |
| 5360 PRODUCT WASTE COST | 1,761.21 | 0.35% |
| 5370 COUNTER HOT SAUCE COST | 1,904.35 | 0.38% |
| 5380 FREE FOOD CREDIT | -7,468.88 | -1.48% |
| Total 21 COST OF GOODS SOLD - PURCHASES | $ 168,836.25 | 33.55% |
| **Total Cost of Goods Sold** | $ 168,836.25 | 33.55% |
| **Gross Profit** | $ 334,446.01 | 66.45% |
| **Expenses** | | |
| 22 SALARIES & WAGES EXPENSES | 0.00 | 0.00% |
| 7105 HOURLY WAGES PAID | 93,336.32 | 18.55% |
| 7106 SALARY WAGES | 31,125.00 | 6.18% |
| 7112 MANAGER'S BONUS | 850.00 | 0.17% |
| MANAGER/S BONUS | 2,608.00 | 0.52% |
| Total 22 SALARIES & WAGES EXPENSES | $ 127,919.32 | 25.42% |
| 23 EMPLOYEE BENEFITS | 0.00 | 0.00% |
| 7205 FICA COMPANY PORTION - HOURLY | 11,539.63 | 2.29% |
| 7220 WORKERS COMPENSATION | 2,407.26 | 0.48% |
| 7225 HEALTH INSURANCE | 4,147.55 | 0.82% |
| 7255 EMPLOYEE MEALS EXPENSE | 410.88 | 0.08% |
| 7258 MANAGER MEALS EXPENSE | 1,157.17 | 0.23% |
| Total 23 EMPLOYEE BENEFITS | $ 19,662.49 | 3.91% |
| 24 DIRECT OPERATING EXPENSES | 0.00 | 0.00% |
| 7402 UNIFORMS - HOURLY | 206.25 | 0.04% |

| | | | |
|---|---|---:|---:|
| **7404 LAUNDRY AND LINEN** | | 1,376.14 | 0.27% |
| **7410 SMALLWARES** | | 382.92 | 0.08% |
| **7418 CLEANING SUPPLIES** | | 1,026.92 | 0.20% |
| **7420 PAPER - NON FOOD RELATED** | | 2,581.51 | 0.51% |
| **7431 Employee Parking** | | 600.00 | 0.12% |
| **7450 STORE OFFICE EXPENSE** | | 1,136.12 | 0.23% |
| **7460 REGISTER SUPPLIES** | | 261.70 | 0.05% |
| **7470 ROYALTY TO FIREHOUSE OF AMERICA** | | 30,227.38 | 6.01% |
| **7498 MISCELLEANEOUS/OTHER** | | 234.56 | 0.05% |
| **Total 24 DIRECT OPERATING EXPENSES** | $ | 38,033.50 | 7.56% |
| **25 MARKETING** | | 0.00 | 0.00% |
| **7610 NATIONAL MARKETING EXPENSE** | | 5,037.89 | 1.00% |
| **7620 LOCAL MARKETING EXPENSE** | | 15,113.72 | 3.00% |
| **7622 CHARITY** | | 10.00 | 0.00% |
| **7626 LOCAL STORE MARKETING** | | 2,963.54 | 0.59% |
| **7627 COUPON REDEMPTION PROGRAM** | | 5,900.83 | 1.17% |
| **Total 25 MARKETING** | $ | 29,025.98 | 5.77% |
| **26 ENERGY & UTILITY SERVICES** | | 0.00 | 0.00% |
| **7705 ELECTRIC UTILITY** | | 6,056.30 | 1.20% |
| **7710 GAS UTILITY** | | 254.71 | 0.05% |
| **7715 WATER AND SEWER UTILITY** | | 744.02 | 0.15% |
| **Total 26 ENERGY & UTILITY SERVICES** | $ | 7,055.03 | 1.40% |
| **27 OCCUPANCY COSTS** | | 0.00 | 0.00% |
| **7305 RENT EXPENSE** | | 49,208.38 | 9.78% |
| **7315 SECURITY** | | 595.71 | 0.12% |
| **7320 EQUIPMENT RENTAL** | | 5,644.52 | 1.12% |
| **7360 BUSINESS INSURANCE** | | 1,360.70 | 0.27% |
| **Total 27 OCCUPANCY COSTS** | $ | 56,809.31 | 11.29% |
| **28 ADMINISTRATIVE & GENERAL** | | 0.00 | 0.00% |
| **7820 TELEPHONE EXPENSE** | | 1,035.20 | 0.21% |
| **7822 DSL/CABLE INTERNET EXPENSE** | | 2,067.23 | 0.41% |
| **7825 DUES AND SUBSCRIPTIONS** | | 4,949.33 | 0.98% |
| **7828 EMPLOYEE TRAINING** | | 450.00 | 0.09% |
| **7840 CREDIT CARD DISCOUNTS** | | 8,543.54 | 1.70% |
| **7850 CASH OVER/SHORT** | | -36.31 | -0.01% |
| **7856 ACCOUNTING EXPENSES** | | 3,199.86 | 0.64% |
| **7860 BANK SERVICE CHARGES** | | 887.85 | 0.18% |
| **7870 BANK SUPPLIES** | | 157.71 | 0.03% |
| **Total 28 ADMINISTRATIVE & GENERAL** | $ | 21,254.41 | 4.22% |
| **29 REPAIRS & MAINTENANCE** | | 0.00 | 0.00% |
| **7900 GENERAL REPAIRS AND MAINT.** | | 3,448.21 | 0.69% |
| **7908 REFRIGERATION - REPAIR** | | 994.02 | 0.20% |
| **7910 AIR CONDITIONING & HEATING** | | 962.61 | 0.19% |
| **7912 PLUMBING** | | 462.00 | 0.09% |
| **7994 MAINTENANCE CONTRACTS** | | 2,712.60 | 0.54% |
| **7998 EQUIPMENT EXPENSE** | | 1,635.14 | 0.32% |
| **Total 29 REPAIRS & MAINTENANCE** | $ | 10,214.58 | 2.03% |
| **30 OTHER INCOME & GAINS** | | 0.00 | 0.00% |
| **6400 CASH DISCOUNTS** | | -306.56 | -0.06% |
| **Payroll Clearing/ Wage Deduction Credits** | | -1,435.36 | -0.29% |
| **Total 30 OTHER INCOME & GAINS** | -$ | 1,741.92 | -0.35% |
| **Payroll Expenses** | | 0.00 | 0.00% |

| | | |
|---|---:|---:|
| **Wages** | 0.00 | 0.00% |
| **Other Earnings** | 134.20 | 0.03% |
| **Total Wages** | **$ 134.20** | **0.03%** |
| **Total Payroll Expenses** | **$ 134.20** | **0.03%** |
| **Reimbursements** | 0.00 | 0.00% |
| **Reimb.** | 15.00 | 0.00% |
| **Total Reimbursements** | **$ 15.00** | **0.00%** |
| **Total Expenses** | **$ 308,381.90** | **61.27%** |
| **Net Operating Income** | **$ 26,064.11** | **5.18%** |
| **Other Expenses** | | |
| **33 OWNER'S OVERHEAD** | 0.00 | 0.00% |
| **8205 OWNER'S SALARIES** | 6,769.24 | 1.35% |
| **8211 OWNER AND OTHER FICA** | 517.82 | 0.10% |
| **8220 OWNER AND OTHER EMP BENEFITS** | 1,330.79 | 0.26% |
| **8230 OWNER TRAVEL AND ENTERTAINMENT** | 696.09 | 0.14% |
| **8235 OWNER AUTOMBILE EXPENSE** | 612.25 | 0.12% |
| **8240 OWNER OFFICE EXPENSE** | 700.77 | 0.14% |
| **Total 33 OWNER'S OVERHEAD** | **$ 10,626.96** | **2.11%** |
| **Total Other Expenses** | **$ 10,626.96** | **2.11%** |
| **Net Other Income** | **-$ 10,626.96** | **-2.11%** |
| **Net Income** | **$ 15,437.15** | **3.07%** |

Tuesday, Oct 23, 2012 02:10:24 PM GMT-4 - Accrual Basis

# Scotto Restaurant Group LLC
## Profit & Loss by Class
### August 20 - September 23, 2012

| | Concord Mills | |
|---|---|---|
| | Aug 20 - Sep 23, 2012 | per_of_income |
| **Income** | | |
| 19 FOOD & CATERING SALES | | 0.00% |
| 4100 FOOD SALES | 102,434.53 | 102.76% |
| Total 19 FOOD & CATERING SALES | $ 102,434.53 | 102.76% |
| 20 DISCOUNTS & ALLOWANCES | | 0.00% |
| 4300 DISCOUNTS - COUPONS | -2,085.71 | -2.09% |
| 4310 MANAGER'S COMP | -432.90 | -0.43% |
| 4320 EMPLOYEE MEALS | -235.52 | -0.24% |
| Total 20 DISCOUNTS & ALLOWANCES | -$ 2,754.13 | -2.76% |
| **Total Income** | $ 99,680.40 | 100.00% |
| **Cost of Goods Sold** | | |
| 21 COST OF GOODS SOLD - PURCHASES | | 0.00% |
| 5100 MEAT COST | 10,117.88 | 10.15% |
| 5110 PRODUCE COST | 2,104.96 | 2.11% |
| 5120 BREAD COST | 3,622.32 | 3.63% |
| 5130 SOUP/CHILI COST | 88.08 | 0.09% |
| 5140 DAIRY COST | 1,907.68 | 1.91% |
| 5150 NON-REVENUE COST | 2,131.10 | 2.14% |
| 5160 COOKIE/CHIP COST | 4,143.60 | 4.16% |
| 5170 BEVERAGE COST | 5,581.14 | 5.60% |
| 5300 PAPER COST - FOOD RELATED COST | 2,859.74 | 2.87% |
| 5350 MERCHANDISING COST | 53.33 | 0.05% |
| 5360 PRODUCT WASTE COST | 568.43 | 0.57% |
| 5370 COUNTER HOT SAUCE COST | 201.84 | 0.20% |
| 5380 FREE FOOD CREDIT | -908.86 | -0.91% |
| Total 21 COST OF GOODS SOLD - PURCHASES | $ 32,471.24 | 32.58% |
| **Total Cost of Goods Sold** | $ 32,471.24 | 32.58% |
| **Gross Profit** | $ 67,209.16 | 67.42% |
| **Expenses** | | |
| 22 SALARIES & WAGES EXPENSES | | 0.00% |
| 7105 HOURLY WAGES PAID | 14,505.61 | 14.55% |
| 7106 SALARY WAGES | 7,168.00 | 7.19% |
| 7112 MANAGER'S BONUS | 850.00 | 0.85% |
| MANAGER/S BONUS | 1,108.00 | 1.11% |
| Total 22 SALARIES & WAGES EXPENSES | $ 23,631.61 | 23.71% |
| 23 EMPLOYEE BENEFITS | | 0.00% |
| 7205 FICA COMPANY PORTION - HOURLY | 2,301.16 | 2.31% |
| 7220 WORKERS COMPENSATION | 329.82 | 0.33% |
| 7225 HEALTH INSURANCE | 1,514.85 | 1.52% |
| 7255 EMPLOYEE MEALS EXPENSE | 77.72 | 0.08% |
| 7258 MANAGER MEALS EXPENSE | 142.86 | 0.14% |
| Total 23 EMPLOYEE BENEFITS | $ 4,366.41 | 4.38% |
| 24 DIRECT OPERATING EXPENSES | | 0.00% |
| 7402 UNIFORMS - HOURLY | 79.85 | 0.08% |

| | | | |
|---|---|---|---|
| 7404 LAUNDRY AND LINEN | | 215.86 | 0.22% |
| 7410 SMALLWARES | | 43.00 | 0.04% |
| 7418 CLEANING SUPPLIES | | 188.10 | 0.19% |
| 7420 PAPER - NON FOOD RELATED | | 349.07 | 0.35% |
| 7431 Employee Parking | | | 0.00% |
| 7450 STORE OFFICE EXPENSE | | 129.96 | 0.13% |
| 7460 REGISTER SUPPLIES | | 43.53 | 0.04% |
| 7470 ROYALTY TO FIREHOUSE OF AMERICA | | 5,980.83 | 6.00% |
| 7498 MISCELLEANEOUS/OTHER | | 14.57 | 0.01% |
| **Total 24 DIRECT OPERATING EXPENSES** | $ | **7,044.77** | **7.07%** |
| 25 MARKETING | | | 0.00% |
| 7610 NATIONAL MARKETING EXPENSE | | 996.80 | 1.00% |
| 7620 LOCAL MARKETING EXPENSE | | 2,990.42 | 3.00% |
| 7622 CHARITY | | | 0.00% |
| 7626 LOCAL STORE MARKETING | | 2,426.18 | 2.43% |
| 7627 COUPON REDEMPTION PROGRAM | | 688.28 | 0.69% |
| **Total 25 MARKETING** | $ | **7,101.68** | **7.12%** |
| 26 ENERGY & UTILITY SERVICES | | | 0.00% |
| 7705 ELECTRIC UTILITY | | 935.30 | 0.94% |
| 7710 GAS UTILITY | | | 0.00% |
| 7715 WATER AND SEWER UTILITY | | | 0.00% |
| **Total 26 ENERGY & UTILITY SERVICES** | $ | **935.30** | **0.94%** |
| 27 OCCUPANCY COSTS | | | 0.00% |
| 7305 RENT EXPENSE | | 13,896.60 | 13.94% |
| 7315 SECURITY | | 69.95 | 0.07% |
| 7320 EQUIPMENT RENTAL | | | 0.00% |
| 7360 BUSINESS INSURANCE | | 194.39 | 0.20% |
| **Total 27 OCCUPANCY COSTS** | $ | **14,160.94** | **14.21%** |
| 28 ADMINISTRATIVE & GENERAL | | | 0.00% |
| 7820 TELEPHONE EXPENSE | | 430.06 | 0.43% |
| 7822 DSL/CABLE INTERNET EXPENSE | | 61.78 | 0.06% |
| 7825 DUES AND SUBSCRIPTIONS | | 1,040.71 | 1.04% |
| 7828 EMPLOYEE TRAINING | | 75.00 | 0.08% |
| 7840 CREDIT CARD DISCOUNTS | | 1,904.82 | 1.91% |
| 7850 CASH OVER/SHORT | | -14.49 | -0.01% |
| 7856 ACCOUNTING EXPENSES | | 540.24 | 0.54% |
| 7860 BANK SERVICE CHARGES | | 208.31 | 0.21% |
| 7870 BANK SUPPLIES | | 22.53 | 0.02% |
| **Total 28 ADMINISTRATIVE & GENERAL** | $ | **4,268.96** | **4.28%** |
| 29 REPAIRS & MAINTENANCE | | | 0.00% |
| 7900 GENERAL REPAIRS AND MAINT. | | 968.30 | 0.97% |
| 7908 REFRIGERATION - REPAIR | | 994.02 | 1.00% |
| 7910 AIR CONDITIONING & HEATING | | | 0.00% |
| 7912 PLUMBING | | | 0.00% |
| 7994 MAINTENANCE CONTRACTS | | 720.90 | 0.72% |
| 7998 EQUIPMENT EXPENSE | | 384.77 | 0.39% |
| **Total 29 REPAIRS & MAINTENANCE** | $ | **3,067.99** | **3.08%** |
| 30 OTHER INCOME & GAINS | | | 0.00% |
| 6400 CASH DISCOUNTS | | -34.68 | -0.03% |
| Payroll Clearing/ Wage Deduction Credits | | -205.04 | -0.21% |
| **Total 30 OTHER INCOME & GAINS** | -$ | **239.72** | **-0.24%** |
| **Payroll Expenses** | | | 0.00% |

| | | | |
|---|---|---:|---:|
| **Wages** | | | 0.00% |
| **Other Earnings** | | 68.20 | 0.07% |
| **Total Wages** | $ | 68.20 | **0.07%** |
| **Total Payroll Expenses** | $ | 68.20 | **0.07%** |
| **Reimbursements** | | | 0.00% |
| **Reimb.** | | | 0.00% |
| **Total Reimbursements** | $ | 0.00 | **0.00%** |
| **Total Expenses** | $ | 64,406.14 | **64.61%** |
| **Net Operating Income** | $ | 2,803.02 | **2.81%** |
| **Other Expenses** | | | |
| **33 OWNER'S OVERHEAD** | | | 0.00% |
| **8205 OWNER'S SALARIES** | | | 0.00% |
| **8211 OWNER AND OTHER FICA** | | | 0.00% |
| **8220 OWNER AND OTHER EMP BENEFITS** | | | 0.00% |
| **8230 OWNER TRAVEL AND ENTERTAINMENT** | | | 0.00% |
| **8235 OWNER AUTOMBILE EXPENSE** | | | 0.00% |
| **8240 OWNER OFFICE EXPENSE** | | | 0.00% |
| **Total 33 OWNER'S OVERHEAD** | $ | 0.00 | **0.00%** |
| **Total Other Expenses** | $ | 0.00 | **0.00%** |
| **Net Other Income** | $ | 0.00 | **0.00%** |
| **Net Income** | $ | 2,803.02 | **2.81%** |

Tuesday, Oct 23, 2012 02:10:24 PM GMT-4 - Accrual Basis

# Scotto Restaurant Group LLC
## Profit & Loss by Class
### August 20 - September 23, 2012

| | Dale Earnhardt Blvd | |
|---|---|---|
| | **Aug 20 - Sep 23, 2012** | **per_of_income** |
| **Income** | | |
| 19 FOOD & CATERING SALES | | 0.00% |
| 4100 FOOD SALES | 63,132.67 | 104.76% |
| Total 19 FOOD & CATERING SALES | $ 63,132.67 | 104.76% |
| 20 DISCOUNTS & ALLOWANCES | | 0.00% |
| 4300 DISCOUNTS - COUPONS | -2,497.43 | -4.14% |
| 4310 MANAGER'S COMP | -291.78 | -0.48% |
| 4320 EMPLOYEE MEALS | -76.65 | -0.13% |
| Total 20 DISCOUNTS & ALLOWANCES | -$ 2,865.86 | -4.76% |
| **Total Income** | $ 60,266.81 | 100.00% |
| **Cost of Goods Sold** | | |
| 21 COST OF GOODS SOLD - PURCHASES | | 0.00% |
| 5100 MEAT COST | 7,213.87 | 11.97% |
| 5110 PRODUCE COST | 1,332.73 | 2.21% |
| 5120 BREAD COST | 2,411.55 | 4.00% |
| 5130 SOUP/CHILI COST | 52.52 | 0.09% |
| 5140 DAIRY COST | 1,335.06 | 2.22% |
| 5150 NON-REVENUE COST | 1,606.31 | 2.67% |
| 5160 COOKIE/CHIP COST | 2,488.55 | 4.13% |
| 5170 BEVERAGE COST | 2,602.79 | 4.32% |
| 5300 PAPER COST - FOOD RELATED COST | 1,428.12 | 2.37% |
| 5350 MERCHANDISING COST | 13.33 | 0.02% |
| 5360 PRODUCT WASTE COST | 180.28 | 0.30% |
| 5370 COUNTER HOT SAUCE COST | 191.13 | 0.32% |
| 5380 FREE FOOD CREDIT | -945.73 | -1.57% |
| Total 21 COST OF GOODS SOLD - PURCHASES | $ 19,910.51 | 33.04% |
| **Total Cost of Goods Sold** | $ 19,910.51 | 33.04% |
| **Gross Profit** | $ 40,356.30 | 66.96% |
| **Expenses** | | |
| 22 SALARIES & WAGES EXPENSES | | 0.00% |
| 7105 HOURLY WAGES PAID | 10,949.60 | 18.17% |
| 7106 SALARY WAGES | 4,083.00 | 6.77% |
| 7112 MANAGER'S BONUS | | 0.00% |
| MANAGER/S BONUS | 500.00 | 0.83% |
| Total 22 SALARIES & WAGES EXPENSES | $ 15,532.60 | 25.77% |
| 23 EMPLOYEE BENEFITS | | 0.00% |
| 7205 FICA COMPANY PORTION - HOURLY | 1,261.49 | 2.09% |
| 7220 WORKERS COMPENSATION | 287.74 | 0.48% |
| 7225 HEALTH INSURANCE | 407.55 | 0.68% |
| 7255 EMPLOYEE MEALS EXPENSE | 25.29 | 0.04% |
| 7258 MANAGER MEALS EXPENSE | 96.29 | 0.16% |
| Total 23 EMPLOYEE BENEFITS | $ 2,078.36 | 3.45% |
| 24 DIRECT OPERATING EXPENSES | | 0.00% |
| 7402 UNIFORMS - HOURLY | | 0.00% |

| | | |
|---|---:|---:|
| **7404 LAUNDRY AND LINEN** | 244.21 | 0.41% |
| **7410 SMALLWARES** | 54.00 | 0.09% |
| **7418 CLEANING SUPPLIES** | 177.87 | 0.30% |
| **7420 PAPER - NON FOOD RELATED** | 346.49 | 0.57% |
| **7431 Employee Parking** | | 0.00% |
| **7450 STORE OFFICE EXPENSE** | 229.97 | 0.38% |
| **7460 REGISTER SUPPLIES** | 43.55 | 0.07% |
| **7470 ROYALTY TO FIREHOUSE OF AMERICA** | 3,616.02 | 6.00% |
| **7498 MISCELLEANEOUS/OTHER** | 10.00 | 0.02% |
| **Total 24 DIRECT OPERATING EXPENSES** | $ 4,722.11 | 7.84% |
| **25 MARKETING** | | 0.00% |
| **7610 NATIONAL MARKETING EXPENSE** | 602.67 | 1.00% |
| **7620 LOCAL MARKETING EXPENSE** | 1,808.00 | 3.00% |
| **7622 CHARITY** | | 0.00% |
| **7626 LOCAL STORE MARKETING** | 25.07 | 0.04% |
| **7627 COUPON REDEMPTION PROGRAM** | 824.15 | 1.37% |
| **Total 25 MARKETING** | $ 3,259.89 | 5.41% |
| **26 ENERGY & UTILITY SERVICES** | | 0.00% |
| **7705 ELECTRIC UTILITY** | 992.87 | 1.65% |
| **7710 GAS UTILITY** | 52.58 | 0.09% |
| **7715 WATER AND SEWER UTILITY** | 271.84 | 0.45% |
| **Total 26 ENERGY & UTILITY SERVICES** | $ 1,317.29 | 2.19% |
| **27 OCCUPANCY COSTS** | | 0.00% |
| **7305 RENT EXPENSE** | 5,572.21 | 9.25% |
| **7315 SECURITY** | 79.95 | 0.13% |
| **7320 EQUIPMENT RENTAL** | | 0.00% |
| **7360 BUSINESS INSURANCE** | 194.38 | 0.32% |
| **Total 27 OCCUPANCY COSTS** | $ 5,846.54 | 9.70% |
| **28 ADMINISTRATIVE & GENERAL** | | 0.00% |
| **7820 TELEPHONE EXPENSE** | 211.52 | 0.35% |
| **7822 DSL/CABLE INTERNET EXPENSE** | 58.84 | 0.10% |
| **7825 DUES AND SUBSCRIPTIONS** | 735.50 | 1.22% |
| **7828 EMPLOYEE TRAINING** | 75.00 | 0.12% |
| **7840 CREDIT CARD DISCOUNTS** | 1,202.79 | 2.00% |
| **7850 CASH OVER/SHORT** | -25.15 | -0.04% |
| **7856 ACCOUNTING EXPENSES** | 524.27 | 0.87% |
| **7860 BANK SERVICE CHARGES** | 113.29 | 0.19% |
| **7870 BANK SUPPLIES** | 22.53 | 0.04% |
| **Total 28 ADMINISTRATIVE & GENERAL** | $ 2,918.59 | 4.84% |
| **29 REPAIRS & MAINTENANCE** | | 0.00% |
| **7900 GENERAL REPAIRS AND MAINT.** | 419.84 | 0.70% |
| **7908 REFRIGERATION - REPAIR** | | 0.00% |
| **7910 AIR CONDITIONING & HEATING** | 100.00 | 0.17% |
| **7912 PLUMBING** | | 0.00% |
| **7994 MAINTENANCE CONTRACTS** | 235.95 | 0.39% |
| **7998 EQUIPMENT EXPENSE** | 228.41 | 0.38% |
| **Total 29 REPAIRS & MAINTENANCE** | $ 984.20 | 1.63% |
| **30 OTHER INCOME & GAINS** | | 0.00% |
| **6400 CASH DISCOUNTS** | -24.20 | -0.04% |
| **Payroll Clearing/ Wage Deduction Credits** | -205.10 | -0.34% |
| **Total 30 OTHER INCOME & GAINS** | -$ 229.30 | -0.38% |
| **Payroll Expenses** | | 0.00% |

| | | |
|---|---:|---:|
| **Wages** | | 0.00% |
| **Other Earnings** | | 0.00% |
| **Total Wages** | $ 0.00 | **0.00%** |
| **Total Payroll Expenses** | $ 0.00 | **0.00%** |
| **Reimbursements** | | 0.00% |
| **Reimb.** | | 0.00% |
| **Total Reimbursements** | $ 0.00 | **0.00%** |
| **Total Expenses** | $ 36,430.28 | **60.45%** |
| **Net Operating Income** | $ 3,926.02 | **6.51%** |
| **Other Expenses** | | |
| **33 OWNER'S OVERHEAD** | | 0.00% |
| **8205 OWNER'S SALARIES** | | 0.00% |
| **8211 OWNER AND OTHER FICA** | | 0.00% |
| **8220 OWNER AND OTHER EMP BENEFITS** | | 0.00% |
| **8230 OWNER TRAVEL AND ENTERTAINMENT** | | 0.00% |
| **8235 OWNER AUTOMBILE EXPENSE** | | 0.00% |
| **8240 OWNER OFFICE EXPENSE** | | 0.00% |
| **Total 33 OWNER'S OVERHEAD** | $ 0.00 | **0.00%** |
| **Total Other Expenses** | $ 0.00 | **0.00%** |
| **Net Other Income** | $ 0.00 | **0.00%** |
| **Net Income** | $ 3,926.02 | **6.51%** |

Tuesday, Oct 23, 2012 02:10:24 PM GMT-4 - Accrual Basis

# Scotto Restaurant Group LLC
## Profit & Loss by Class
### August 20 - September 23, 2012

| | EpiCentre | |
|---|---|---|
| | **Aug 20 - Sep 23, 2012** | **per_of_income** |
| **Income** | | |
| 19 FOOD & CATERING SALES | | 0.00% |
| 4100 FOOD SALES | 77,691.62 | 102.77% |
| Total 19 FOOD & CATERING SALES | $ 77,691.62 | 102.77% |
| 20 DISCOUNTS & ALLOWANCES | | 0.00% |
| 4300 DISCOUNTS - COUPONS | -1,373.85 | -1.82% |
| 4310 MANAGER'S COMP | -540.02 | -0.71% |
| 4320 EMPLOYEE MEALS | -182.07 | -0.24% |
| Total 20 DISCOUNTS & ALLOWANCES | -$ 2,095.94 | -2.77% |
| **Total Income** | $ 75,595.68 | 100.00% |
| **Cost of Goods Sold** | | |
| 21 COST OF GOODS SOLD - PURCHASES | | 0.00% |
| 5100 MEAT COST | 8,874.67 | 11.74% |
| 5110 PRODUCE COST | 1,819.95 | 2.41% |
| 5120 BREAD COST | 3,022.86 | 4.00% |
| 5130 SOUP/CHILI COST | 96.98 | 0.13% |
| 5140 DAIRY COST | 1,592.65 | 2.11% |
| 5150 NON-REVENUE COST | 1,740.60 | 2.30% |
| 5160 COOKIE/CHIP COST | 2,977.20 | 3.94% |
| 5170 BEVERAGE COST | 3,794.96 | 5.02% |
| 5300 PAPER COST - FOOD RELATED COST | 1,840.07 | 2.43% |
| 5350 MERCHANDISING COST | 6.72 | 0.01% |
| 5360 PRODUCT WASTE COST | | 0.00% |
| 5370 COUNTER HOT SAUCE COST | 247.21 | 0.33% |
| 5380 FREE FOOD CREDIT | -691.66 | -0.91% |
| Total 21 COST OF GOODS SOLD - PURCHASES | $ 25,322.21 | 33.50% |
| **Total Cost of Goods Sold** | $ 25,322.21 | 33.50% |
| **Gross Profit** | $ 50,273.47 | 66.50% |
| **Expenses** | | |
| 22 SALARIES & WAGES EXPENSES | | 0.00% |
| 7105 HOURLY WAGES PAID | 15,636.93 | 20.68% |
| 7106 SALARY WAGES | 4,125.00 | 5.46% |
| 7112 MANAGER'S BONUS | | 0.00% |
| MANAGER/S BONUS | 0.00 | 0.00% |
| Total 22 SALARIES & WAGES EXPENSES | $ 19,761.93 | 26.14% |
| 23 EMPLOYEE BENEFITS | | 0.00% |
| 7205 FICA COMPANY PORTION - HOURLY | 1,860.73 | 2.46% |
| 7220 WORKERS COMPENSATION | 287.82 | 0.38% |
| 7225 HEALTH INSURANCE | 606.72 | 0.80% |
| 7255 EMPLOYEE MEALS EXPENSE | 60.08 | 0.08% |
| 7258 MANAGER MEALS EXPENSE | 178.21 | 0.24% |
| Total 23 EMPLOYEE BENEFITS | $ 2,993.56 | 3.96% |
| 24 DIRECT OPERATING EXPENSES | | 0.00% |
| 7402 UNIFORMS - HOURLY | 94.79 | 0.13% |

| | | |
|---|---:|---:|
| **7404 LAUNDRY AND LINEN** | 210.20 | 0.28% |
| **7410 SMALLWARES** | 43.00 | 0.06% |
| **7418 CLEANING SUPPLIES** | 253.78 | 0.34% |
| **7420 PAPER - NON FOOD RELATED** | 476.92 | 0.63% |
| **7431 Employee Parking** | 600.00 | 0.79% |
| **7450 STORE OFFICE EXPENSE** | 217.47 | 0.29% |
| **7460 REGISTER SUPPLIES** | 43.68 | 0.06% |
| **7470 ROYALTY TO FIREHOUSE OF AMERICA** | 4,535.73 | 6.00% |
| **7498 MISCELLEANEOUS/OTHER** | 64.00 | 0.08% |
| **Total 24 DIRECT OPERATING EXPENSES** | $        6,539.57 | **8.65%** |
| **25 MARKETING** | | 0.00% |
| **7610 NATIONAL MARKETING EXPENSE** | 755.96 | 1.00% |
| **7620 LOCAL MARKETING EXPENSE** | 2,267.87 | 3.00% |
| **7622 CHARITY** | | 0.00% |
| **7626 LOCAL STORE MARKETING** | 25.07 | 0.03% |
| **7627 COUPON REDEMPTION PROGRAM** | 453.37 | 0.60% |
| **Total 25 MARKETING** | $        3,502.27 | **4.63%** |
| **26 ENERGY & UTILITY SERVICES** | | 0.00% |
| **7705 ELECTRIC UTILITY** | | 0.00% |
| **7710 GAS UTILITY** | | 0.00% |
| **7715 WATER AND SEWER UTILITY** | | 0.00% |
| **Total 26 ENERGY & UTILITY SERVICES** | $        0.00 | **0.00%** |
| **27 OCCUPANCY COSTS** | | 0.00% |
| **7305 RENT EXPENSE** | 8,853.31 | 11.71% |
| **7315 SECURITY** | 69.95 | 0.09% |
| **7320 EQUIPMENT RENTAL** | 3,916.28 | 5.18% |
| **7360 BUSINESS INSURANCE** | 194.41 | 0.26% |
| **Total 27 OCCUPANCY COSTS** | $       13,033.95 | **17.24%** |
| **28 ADMINISTRATIVE & GENERAL** | | 0.00% |
| **7820 TELEPHONE EXPENSE** | 138.31 | 0.18% |
| **7822 DSL/CABLE INTERNET EXPENSE** | 61.78 | 0.08% |
| **7825 DUES AND SUBSCRIPTIONS** | 729.04 | 0.96% |
| **7828 EMPLOYEE TRAINING** | 75.00 | 0.10% |
| **7840 CREDIT CARD DISCOUNTS** | 1,269.88 | 1.68% |
| **7850 CASH OVER/SHORT** | 20.00 | 0.03% |
| **7856 ACCOUNTING EXPENSES** | 520.27 | 0.69% |
| **7860 BANK SERVICE CHARGES** | 113.25 | 0.15% |
| **7870 BANK SUPPLIES** | 22.53 | 0.03% |
| **Total 28 ADMINISTRATIVE & GENERAL** | $        2,950.06 | **3.90%** |
| **29 REPAIRS & MAINTENANCE** | | 0.00% |
| **7900 GENERAL REPAIRS AND MAINT.** | 86.00 | 0.11% |
| **7908 REFRIGERATION - REPAIR** | | 0.00% |
| **7910 AIR CONDITIONING & HEATING** | | 0.00% |
| **7912 PLUMBING** | | 0.00% |
| **7994 MAINTENANCE CONTRACTS** | 443.70 | 0.59% |
| **7998 EQUIPMENT EXPENSE** | | 0.00% |
| **Total 29 REPAIRS & MAINTENANCE** | $        529.70 | **0.70%** |
| **30 OTHER INCOME & GAINS** | | 0.00% |
| **6400 CASH DISCOUNTS** | -95.28 | -0.13% |
| **Payroll Clearing/ Wage Deduction Credits** | -205.04 | -0.27% |
| **Total 30 OTHER INCOME & GAINS** | -$        300.32 | **-0.40%** |
| **Payroll Expenses** | | 0.00% |

| | | |
|---|---:|---:|
| **Wages** | | 0.00% |
| **Other Earnings** | | 0.00% |
| **Total Wages** | $ 0.00 | 0.00% |
| **Total Payroll Expenses** | $ 0.00 | 0.00% |
| **Reimbursements** | | 0.00% |
| **Reimb.** | | 0.00% |
| **Total Reimbursements** | $ 0.00 | 0.00% |
| **Total Expenses** | $ 49,010.72 | 64.83% |
| **Net Operating Income** | $ 1,262.75 | 1.67% |
| **Other Expenses** | | |
| **33 OWNER'S OVERHEAD** | | 0.00% |
| **8205 OWNER'S SALARIES** | | 0.00% |
| **8211 OWNER AND OTHER FICA** | | 0.00% |
| **8220 OWNER AND OTHER EMP BENEFITS** | | 0.00% |
| **8230 OWNER TRAVEL AND ENTERTAINMENT** | | 0.00% |
| **8235 OWNER AUTOMBILE EXPENSE** | | 0.00% |
| **8240 OWNER OFFICE EXPENSE** | | 0.00% |
| **Total 33 OWNER'S OVERHEAD** | $ 0.00 | 0.00% |
| **Total Other Expenses** | $ 0.00 | 0.00% |
| **Net Other Income** | $ 0.00 | 0.00% |
| **Net Income** | $ 1,262.75 | 1.67% |

Tuesday, Oct 23, 2012 02:10:24 PM GMT-4 - Accrual Basis

# Scotto Restaurant Group LLC
## Profit & Loss by Class
### August 20 - September 23, 2012

| | Huntersville | |
|---|---|---|
| | **Aug 20 - Sep 23, 2012** | **per_of_income** |
| **Income** | | |
| 19 FOOD & CATERING SALES | | 0.00% |
| 4100 FOOD SALES | 83,614.93 | 106.39% |
| Total 19 FOOD & CATERING SALES | $    83,614.93 | 106.39% |
| 20 DISCOUNTS & ALLOWANCES | | 0.00% |
| 4300 DISCOUNTS - COUPONS | -4,028.11 | -5.13% |
| 4310 MANAGER'S COMP | -803.61 | -1.02% |
| 4320 EMPLOYEE MEALS | -192.19 | -0.24% |
| Total 20 DISCOUNTS & ALLOWANCES | -$    5,023.91 | -6.39% |
| **Total Income** | $    78,591.02 | 100.00% |
| **Cost of Goods Sold** | | |
| 21 COST OF GOODS SOLD - PURCHASES | | 0.00% |
| 5100 MEAT COST | 9,397.71 | 11.96% |
| 5110 PRODUCE COST | 2,174.20 | 2.77% |
| 5120 BREAD COST | 3,248.18 | 4.13% |
| 5130 SOUP/CHILI COST | 105.09 | 0.13% |
| 5140 DAIRY COST | 1,760.42 | 2.24% |
| 5150 NON-REVENUE COST | 1,964.63 | 2.50% |
| 5160 COOKIE/CHIP COST | 3,839.88 | 4.89% |
| 5170 BEVERAGE COST | 3,215.58 | 4.09% |
| 5300 PAPER COST - FOOD RELATED COST | 2,249.09 | 2.86% |
| 5350 MERCHANDISING COST | 6.66 | 0.01% |
| 5360 PRODUCT WASTE COST | 301.16 | 0.38% |
| 5370 COUNTER HOT SAUCE COST | 630.57 | 0.80% |
| 5380 FREE FOOD CREDIT | -1,657.89 | -2.11% |
| Total 21 COST OF GOODS SOLD - PURCHASES | $    27,235.28 | 34.65% |
| **Total Cost of Goods Sold** | $    27,235.28 | 34.65% |
| **Gross Profit** | $    51,355.74 | 65.35% |
| **Expenses** | | |
| 22 SALARIES & WAGES EXPENSES | | 0.00% |
| 7105 HOURLY WAGES PAID | 13,869.68 | 17.65% |
| 7106 SALARY WAGES | 4,333.00 | 5.51% |
| 7112 MANAGER'S BONUS | | 0.00% |
| MANAGER'S BONUS | 750.00 | 0.95% |
| Total 22 SALARIES & WAGES EXPENSES | $    18,952.68 | 24.12% |
| 23 EMPLOYEE BENEFITS | | 0.00% |
| 7205 FICA COMPANY PORTION - HOURLY | 1,597.53 | 2.03% |
| 7220 WORKERS COMPENSATION | 463.20 | 0.59% |
| 7225 HEALTH INSURANCE | 280.86 | 0.36% |
| 7255 EMPLOYEE MEALS EXPENSE | 63.42 | 0.08% |
| 7258 MANAGER MEALS EXPENSE | 265.19 | 0.34% |
| Total 23 EMPLOYEE BENEFITS | $    2,670.20 | 3.40% |
| 24 DIRECT OPERATING EXPENSES | | 0.00% |
| 7402 UNIFORMS - HOURLY | | 0.00% |

| | | | |
|---|---|---|---|
| **7404 LAUNDRY AND LINEN** | | 154.15 | 0.20% |
| **7410 SMALLWARES** | | 36.00 | 0.05% |
| **7418 CLEANING SUPPLIES** | | 96.03 | 0.12% |
| **7420 PAPER - NON FOOD RELATED** | | 413.69 | 0.53% |
| **7431 Employee Parking** | | | 0.00% |
| **7450 STORE OFFICE EXPENSE** | | 125.88 | 0.16% |
| **7460 REGISTER SUPPLIES** | | | 0.00% |
| **7470 ROYALTY TO FIREHOUSE OF AMERICA** | | 4,715.45 | 6.00% |
| **7498 MISCELLEANEOUS/OTHER** | | 11.42 | 0.01% |
| **Total 24 DIRECT OPERATING EXPENSES** | $ | 5,552.62 | 7.07% |
| **25 MARKETING** | | | 0.00% |
| **7610 NATIONAL MARKETING EXPENSE** | | 785.91 | 1.00% |
| **7620 LOCAL MARKETING EXPENSE** | | 2,357.74 | 3.00% |
| **7622 CHARITY** | | | 0.00% |
| **7626 LOCAL STORE MARKETING** | | 146.99 | 0.19% |
| **7627 COUPON REDEMPTION PROGRAM** | | 1,329.28 | 1.69% |
| **Total 25 MARKETING** | $ | 4,619.92 | 5.88% |
| **26 ENERGY & UTILITY SERVICES** | | | 0.00% |
| **7705 ELECTRIC UTILITY** | | | 0.00% |
| **7710 GAS UTILITY** | | 35.57 | 0.05% |
| **7715 WATER AND SEWER UTILITY** | | | 0.00% |
| **Total 26 ENERGY & UTILITY SERVICES** | $ | 35.57 | 0.05% |
| **27 OCCUPANCY COSTS** | | | 0.00% |
| **7305 RENT EXPENSE** | | 6,492.12 | 8.26% |
| **7315 SECURITY** | | 69.95 | 0.09% |
| **7320 EQUIPMENT RENTAL** | | 864.12 | 1.10% |
| **7360 BUSINESS INSURANCE** | | 194.38 | 0.25% |
| **Total 27 OCCUPANCY COSTS** | $ | 7,620.57 | 9.70% |
| **28 ADMINISTRATIVE & GENERAL** | | | 0.00% |
| **7820 TELEPHONE EXPENSE** | | | 0.00% |
| **7822 DSL/CABLE INTERNET EXPENSE** | | 567.75 | 0.72% |
| **7825 DUES AND SUBSCRIPTIONS** | | 178.96 | 0.23% |
| **7828 EMPLOYEE TRAINING** | | 75.00 | 0.10% |
| **7840 CREDIT CARD DISCOUNTS** | | 1,290.34 | 1.64% |
| **7850 CASH OVER/SHORT** | | -31.85 | -0.04% |
| **7856 ACCOUNTING EXPENSES** | | 520.27 | 0.66% |
| **7860 BANK SERVICE CHARGES** | | 113.25 | 0.14% |
| **7870 BANK SUPPLIES** | | 22.53 | 0.03% |
| **Total 28 ADMINISTRATIVE & GENERAL** | $ | 2,736.25 | 3.48% |
| **29 REPAIRS & MAINTENANCE** | | | 0.00% |
| **7900 GENERAL REPAIRS AND MAINT.** | | 766.71 | 0.98% |
| **7908 REFRIGERATION - REPAIR** | | | 0.00% |
| **7910 AIR CONDITIONING & HEATING** | | | 0.00% |
| **7912 PLUMBING** | | | 0.00% |
| **7994 MAINTENANCE CONTRACTS** | | 419.70 | 0.53% |
| **7998 EQUIPMENT EXPENSE** | | 136.39 | 0.17% |
| **Total 29 REPAIRS & MAINTENANCE** | $ | 1,322.80 | 1.68% |
| **30 OTHER INCOME & GAINS** | | | 0.00% |
| **6400 CASH DISCOUNTS** | | -28.12 | -0.04% |
| **Payroll Clearing/ Wage Deduction Credits** | | -205.04 | -0.26% |
| **Total 30 OTHER INCOME & GAINS** | -$ | 233.16 | -0.30% |
| **Payroll Expenses** | | | 0.00% |

| | | | |
|---|---|---:|---:|
| **Wages** | | | 0.00% |
| **Other Earnings** | | | 0.00% |
| **Total Wages** | $ | **0.00** | **0.00%** |
| **Total Payroll Expenses** | $ | **0.00** | **0.00%** |
| **Reimbursements** | | | 0.00% |
| **Reimb.** | | | 0.00% |
| **Total Reimbursements** | $ | **0.00** | **0.00%** |
| **Total Expenses** | $ | **43,277.45** | **55.07%** |
| **Net Operating Income** | $ | **8,078.29** | **10.28%** |
| **Other Expenses** | | | |
| **33 OWNER'S OVERHEAD** | | | 0.00% |
| **8205 OWNER'S SALARIES** | | | 0.00% |
| **8211 OWNER AND OTHER FICA** | | | 0.00% |
| **8220 OWNER AND OTHER EMP BENEFITS** | | | 0.00% |
| **8230 OWNER TRAVEL AND ENTERTAINMENT** | | | 0.00% |
| **8235 OWNER AUTOMBILE EXPENSE** | | | 0.00% |
| **8240 OWNER OFFICE EXPENSE** | | | 0.00% |
| **Total 33 OWNER'S OVERHEAD** | $ | **0.00** | **0.00%** |
| **Total Other Expenses** | $ | **0.00** | **0.00%** |
| **Net Other Income** | $ | **0.00** | **0.00%** |
| **Net Income** | $ | **8,078.29** | **10.28%** |

Tuesday, Oct 23, 2012 02:10:24 PM GMT-4 - Accrual Basis

# Scotto Restaurant Group LLC
## Profit & Loss by Class
### August 20 - September 23, 2012

| | Mallard Creek | |
|---|---|---|
| | **Aug 20 - Sep 23, 2012** | **per_of_income** |
| **Income** | | |
| 19 FOOD & CATERING SALES | | 0.00% |
| 4100 FOOD SALES | 73,248.93 | 105.06% |
| Total 19 FOOD & CATERING SALES | $ 73,248.93 | 105.06% |
| 20 DISCOUNTS & ALLOWANCES | | 0.00% |
| 4300 DISCOUNTS - COUPONS | -2,713.17 | -3.89% |
| 4310 MANAGER'S COMP | -561.48 | -0.81% |
| 4320 EMPLOYEE MEALS | -251.70 | -0.36% |
| Total 20 DISCOUNTS & ALLOWANCES | -$ 3,526.35 | -5.06% |
| **Total Income** | $ 69,722.58 | 100.00% |
| **Cost of Goods Sold** | | |
| 21 COST OF GOODS SOLD - PURCHASES | | 0.00% |
| 5100 MEAT COST | 8,258.47 | 11.84% |
| 5110 PRODUCE COST | 1,766.45 | 2.53% |
| 5120 BREAD COST | 2,894.04 | 4.15% |
| 5130 SOUP/CHILI COST | 58.62 | 0.08% |
| 5140 DAIRY COST | 1,483.74 | 2.13% |
| 5150 NON-REVENUE COST | 1,559.63 | 2.24% |
| 5160 COOKIE/CHIP COST | 2,795.62 | 4.01% |
| 5170 BEVERAGE COST | 2,829.01 | 4.06% |
| 5300 PAPER COST - FOOD RELATED COST | 1,658.64 | 2.38% |
| 5350 MERCHANDISING COST | 0.00 | 0.00% |
| 5360 PRODUCT WASTE COST | 115.30 | 0.17% |
| 5370 COUNTER HOT SAUCE COST | 201.76 | 0.29% |
| 5380 FREE FOOD CREDIT | -1,163.70 | -1.67% |
| Total 21 COST OF GOODS SOLD - PURCHASES | $ 22,457.58 | 32.21% |
| **Total Cost of Goods Sold** | $ 22,457.58 | 32.21% |
| **Gross Profit** | $ 47,265.00 | 67.79% |
| **Expenses** | | |
| 22 SALARIES & WAGES EXPENSES | | 0.00% |
| 7105 HOURLY WAGES PAID | 13,829.40 | 19.83% |
| 7106 SALARY WAGES | 3,833.00 | 5.50% |
| 7112 MANAGER'S BONUS | | 0.00% |
| MANAGER/S BONUS | | 0.00% |
| Total 22 SALARIES & WAGES EXPENSES | $ 17,662.40 | 25.33% |
| 23 EMPLOYEE BENEFITS | | 0.00% |
| 7205 FICA COMPANY PORTION - HOURLY | 1,646.70 | 2.36% |
| 7220 WORKERS COMPENSATION | 287.74 | 0.41% |
| 7225 HEALTH INSURANCE | 324.46 | 0.47% |
| 7255 EMPLOYEE MEALS EXPENSE | 83.06 | 0.12% |
| 7258 MANAGER MEALS EXPENSE | 185.29 | 0.27% |
| Total 23 EMPLOYEE BENEFITS | $ 2,527.25 | 3.62% |
| 24 DIRECT OPERATING EXPENSES | | 0.00% |
| 7402 UNIFORMS - HOURLY | 31.61 | 0.05% |

| | | |
|---|---:|---:|
| **7404 LAUNDRY AND LINEN** | 217.98 | 0.31% |
| **7410 SMALLWARES** | 54.00 | 0.08% |
| **7418 CLEANING SUPPLIES** | 92.52 | 0.13% |
| **7420 PAPER - NON FOOD RELATED** | 427.10 | 0.61% |
| **7431 Employee Parking** | | 0.00% |
| **7450 STORE OFFICE EXPENSE** | 130.48 | 0.19% |
| **7460 REGISTER SUPPLIES** | 43.68 | 0.06% |
| **7470 ROYALTY TO FIREHOUSE OF AMERICA** | 4,213.80 | 6.04% |
| **7498 MISCELLEANEOUS/OTHER** | 31.17 | 0.04% |
| **Total 24 DIRECT OPERATING EXPENSES** | $        5,242.34 | **7.52%** |
| **25 MARKETING** | | 0.00% |
| **7610 NATIONAL MARKETING EXPENSE** | 702.30 | 1.01% |
| **7620 LOCAL MARKETING EXPENSE** | 2,106.90 | 3.02% |
| **7622 CHARITY** | | 0.00% |
| **7626 LOCAL STORE MARKETING** | 25.07 | 0.04% |
| **7627 COUPON REDEMPTION PROGRAM** | 895.35 | 1.28% |
| **Total 25 MARKETING** | $        3,729.62 | **5.35%** |
| **26 ENERGY & UTILITY SERVICES** | | 0.00% |
| **7705 ELECTRIC UTILITY** | 1,113.54 | 1.60% |
| **7710 GAS UTILITY** | 41.91 | 0.06% |
| **7715 WATER AND SEWER UTILITY** | | 0.00% |
| **Total 26 ENERGY & UTILITY SERVICES** | $        1,155.45 | **1.66%** |
| **27 OCCUPANCY COSTS** | | 0.00% |
| **7305 RENT EXPENSE** | 6,325.73 | 9.07% |
| **7315 SECURITY** | 166.01 | 0.24% |
| **7320 EQUIPMENT RENTAL** | | 0.00% |
| **7360 BUSINESS INSURANCE** | 194.38 | 0.28% |
| **Total 27 OCCUPANCY COSTS** | $        6,686.12 | **9.59%** |
| **28 ADMINISTRATIVE & GENERAL** | | 0.00% |
| **7820 TELEPHONE EXPENSE** | | 0.00% |
| **7822 DSL/CABLE INTERNET EXPENSE** | 877.02 | 1.26% |
| **7825 DUES AND SUBSCRIPTIONS** | 799.84 | 1.15% |
| **7828 EMPLOYEE TRAINING** | 75.00 | 0.11% |
| **7840 CREDIT CARD DISCOUNTS** | 1,208.87 | 1.73% |
| **7850 CASH OVER/SHORT** | 11.83 | 0.02% |
| **7856 ACCOUNTING EXPENSES** | 520.27 | 0.75% |
| **7860 BANK SERVICE CHARGES** | 113.25 | 0.16% |
| **7870 BANK SUPPLIES** | 22.53 | 0.03% |
| **Total 28 ADMINISTRATIVE & GENERAL** | $        3,628.61 | **5.20%** |
| **29 REPAIRS & MAINTENANCE** | | 0.00% |
| **7900 GENERAL REPAIRS AND MAINT.** | 664.22 | 0.95% |
| **7908 REFRIGERATION - REPAIR** | | 0.00% |
| **7910 AIR CONDITIONING & HEATING** | | 0.00% |
| **7912 PLUMBING** | | 0.00% |
| **7994 MAINTENANCE CONTRACTS** | 236.70 | 0.34% |
| **7998 EQUIPMENT EXPENSE** | 284.07 | 0.41% |
| **Total 29 REPAIRS & MAINTENANCE** | $        1,184.99 | **1.70%** |
| **30 OTHER INCOME & GAINS** | | 0.00% |
| **6400 CASH DISCOUNTS** | -26.36 | -0.04% |
| **Payroll Clearing/ Wage Deduction Credits** | -205.04 | -0.29% |
| **Total 30 OTHER INCOME & GAINS** | -$          231.40 | **-0.33%** |
| **Payroll Expenses** | | 0.00% |

| | | | |
|---|---|---:|---:|
| **Wages** | | | 0.00% |
| Other Earnings | | 0.00 | 0.00% |
| **Total Wages** | $ | **0.00** | **0.00%** |
| **Total Payroll Expenses** | $ | **0.00** | **0.00%** |
| **Reimbursements** | | | 0.00% |
| **Reimb.** | | | 0.00% |
| **Total Reimbursements** | $ | **0.00** | **0.00%** |
| **Total Expenses** | $ | **41,585.38** | **59.64%** |
| **Net Operating Income** | $ | **5,679.62** | **8.15%** |
| **Other Expenses** | | | |
| **33 OWNER'S OVERHEAD** | | | 0.00% |
| **8205 OWNER'S SALARIES** | | 6,769.24 | 9.71% |
| **8211 OWNER AND OTHER FICA** | | 517.82 | 0.74% |
| **8220 OWNER AND OTHER EMP BENEFITS** | | 1,330.79 | 1.91% |
| **8230 OWNER TRAVEL AND ENTERTAINMENT** | | 696.09 | 1.00% |
| **8235 OWNER AUTOMBILE EXPENSE** | | 612.25 | 0.88% |
| **8240 OWNER OFFICE EXPENSE** | | 700.77 | 1.01% |
| **Total 33 OWNER'S OVERHEAD** | $ | **10,626.96** | **15.24%** |
| **Total Other Expenses** | $ | **10,626.96** | **15.24%** |
| **Net Other Income** | -$ | **10,626.96** | **-15.24%** |
| **Net Income** | -$ | **4,947.34** | **-7.10%** |

Tuesday, Oct 23, 2012 02:10:24 PM GMT-4 - Accrual Basis

# Scotto Restaurant Group LLC
## Profit & Loss by Class
### August 20 - September 23, 2012

| | Northlake Mall | |
|---|---|---|
| | **Aug 20 - Sep 23, 2012** | **per_of_income** |
| **Income** | | |
| 19 FOOD & CATERING SALES | | 0.00% |
| 4100 FOOD SALES | 74,225.84 | 104.69% |
| Total 19 FOOD & CATERING SALES | $ 74,225.84 | 104.69% |
| 20 DISCOUNTS & ALLOWANCES | | 0.00% |
| 4300 DISCOUNTS - COUPONS | -2,513.83 | -3.55% |
| 4310 MANAGER'S COMP | -607.32 | -0.86% |
| 4320 EMPLOYEE MEALS | -201.25 | -0.28% |
| Total 20 DISCOUNTS & ALLOWANCES | -$ 3,322.40 | -4.69% |
| **Total Income** | $ 70,903.44 | 100.00% |
| **Cost of Goods Sold** | | |
| 21 COST OF GOODS SOLD - PURCHASES | | 0.00% |
| 5100 MEAT COST | 8,326.90 | 11.74% |
| 5110 PRODUCE COST | 1,733.77 | 2.45% |
| 5120 BREAD COST | 2,949.69 | 4.16% |
| 5130 SOUP/CHILI COST | 96.34 | 0.14% |
| 5140 DAIRY COST | 1,596.16 | 2.25% |
| 5150 NON-REVENUE COST | 1,907.30 | 2.69% |
| 5160 COOKIE/CHIP COST | 3,976.40 | 5.61% |
| 5170 BEVERAGE COST | 3,113.25 | 4.39% |
| 5300 PAPER COST - FOOD RELATED COST | 2,119.57 | 2.99% |
| 5350 MERCHANDISING COST | 13.20 | 0.02% |
| 5360 PRODUCT WASTE COST | 294.90 | 0.42% |
| 5370 COUNTER HOT SAUCE COST | 309.99 | 0.44% |
| 5380 FREE FOOD CREDIT | -1,096.39 | -1.55% |
| Total 21 COST OF GOODS SOLD - PURCHASES | $ 25,341.08 | 35.74% |
| **Total Cost of Goods Sold** | $ 25,341.08 | 35.74% |
| **Gross Profit** | $ 45,562.36 | 64.26% |
| **Expenses** | | |
| 22 SALARIES & WAGES EXPENSES | | 0.00% |
| 7105 HOURLY WAGES PAID | 12,363.38 | 17.44% |
| 7106 SALARY WAGES | 4,333.00 | 6.11% |
| 7112 MANAGER'S BONUS | | 0.00% |
| MANAGER/S BONUS | 250.00 | 0.35% |
| Total 22 SALARIES & WAGES EXPENSES | $ 16,946.38 | 23.90% |
| 23 EMPLOYEE BENEFITS | | 0.00% |
| 7205 FICA COMPANY PORTION - HOURLY | 1,450.62 | 2.05% |
| 7220 WORKERS COMPENSATION | 463.20 | 0.65% |
| 7225 HEALTH INSURANCE | 398.99 | 0.56% |
| 7255 EMPLOYEE MEALS EXPENSE | 66.41 | 0.09% |
| 7258 MANAGER MEALS EXPENSE | 200.42 | 0.28% |
| Total 23 EMPLOYEE BENEFITS | $ 2,579.64 | 3.64% |
| 24 DIRECT OPERATING EXPENSES | | 0.00% |
| 7402 UNIFORMS - HOURLY | | 0.00% |

| | | |
|---|---:|---:|
| **7404 LAUNDRY AND LINEN** | 167.60 | 0.24% |
| **7410 SMALLWARES** | 98.92 | 0.14% |
| **7418 CLEANING SUPPLIES** | 128.70 | 0.18% |
| **7420 PAPER - NON FOOD RELATED** | 309.97 | 0.44% |
| **7431 Employee Parking** | | 0.00% |
| **7450 STORE OFFICE EXPENSE** | 138.74 | 0.20% |
| **7460 REGISTER SUPPLIES** | 43.68 | 0.06% |
| **7470 ROYALTY TO FIREHOUSE OF AMERICA** | 4,254.21 | 6.00% |
| **7498 MISCELLEANEOUS/OTHER** | 60.17 | 0.08% |
| **Total 24 DIRECT OPERATING EXPENSES** | $        5,201.99 | **7.34%** |
| **25 MARKETING** | | 0.00% |
| **7610 NATIONAL MARKETING EXPENSE** | 709.03 | 1.00% |
| **7620 LOCAL MARKETING EXPENSE** | 2,127.11 | 3.00% |
| **7622 CHARITY** | 10.00 | 0.01% |
| **7626 LOCAL STORE MARKETING** | 25.07 | 0.04% |
| **7627 COUPON REDEMPTION PROGRAM** | 829.56 | 1.17% |
| **Total 25 MARKETING** | $        3,700.77 | **5.22%** |
| **26 ENERGY & UTILITY SERVICES** | | 0.00% |
| **7705 ELECTRIC UTILITY** | 1,946.10 | 2.74% |
| **7710 GAS UTILITY** | 43.00 | 0.06% |
| **7715 WATER AND SEWER UTILITY** | 472.18 | 0.67% |
| **Total 26 ENERGY & UTILITY SERVICES** | $        2,461.28 | **3.47%** |
| **27 OCCUPANCY COSTS** | | 0.00% |
| **7305 RENT EXPENSE** | 4,773.81 | 6.73% |
| **7315 SECURITY** | 69.95 | 0.10% |
| **7320 EQUIPMENT RENTAL** | 864.12 | 1.22% |
| **7360 BUSINESS INSURANCE** | 194.38 | 0.27% |
| **Total 27 OCCUPANCY COSTS** | $        5,902.26 | **8.32%** |
| **28 ADMINISTRATIVE & GENERAL** | | 0.00% |
| **7820 TELEPHONE EXPENSE** | 255.31 | 0.36% |
| **7822 DSL/CABLE INTERNET EXPENSE** | 381.22 | 0.54% |
| **7825 DUES AND SUBSCRIPTIONS** | 737.97 | 1.04% |
| **7828 EMPLOYEE TRAINING** | 75.00 | 0.11% |
| **7840 CREDIT CARD DISCOUNTS** | 872.07 | 1.23% |
| **7850 CASH OVER/SHORT** | 3.05 | 0.00% |
| **7856 ACCOUNTING EXPENSES** | 520.27 | 0.73% |
| **7860 BANK SERVICE CHARGES** | 113.25 | 0.16% |
| **7870 BANK SUPPLIES** | 22.53 | 0.03% |
| **Total 28 ADMINISTRATIVE & GENERAL** | $        2,980.67 | **4.20%** |
| **29 REPAIRS & MAINTENANCE** | | 0.00% |
| **7900 GENERAL REPAIRS AND MAINT.** | 314.32 | 0.44% |
| **7908 REFRIGERATION - REPAIR** | | 0.00% |
| **7910 AIR CONDITIONING & HEATING** | 762.61 | 1.08% |
| **7912 PLUMBING** | 462.00 | 0.65% |
| **7994 MAINTENANCE CONTRACTS** | 419.70 | 0.59% |
| **7998 EQUIPMENT EXPENSE** | 552.32 | 0.78% |
| **Total 29 REPAIRS & MAINTENANCE** | $        2,510.95 | **3.54%** |
| **30 OTHER INCOME & GAINS** | | 0.00% |
| **6400 CASH DISCOUNTS** | -79.80 | -0.11% |
| **Payroll Clearing/ Wage Deduction Credits** | -205.06 | -0.29% |
| **Total 30 OTHER INCOME & GAINS** | -$          284.86 | **-0.40%** |
| **Payroll Expenses** | | 0.00% |

| | | |
|---|---:|---:|
| **Wages** | | 0.00% |
| **Other Earnings** | | 0.00% |
| **Total Wages** | **$ 0.00** | **0.00%** |
| **Total Payroll Expenses** | **$ 0.00** | **0.00%** |
| **Reimbursements** | | 0.00% |
| **Reimb.** | 15.00 | 0.02% |
| **Total Reimbursements** | **$ 15.00** | **0.02%** |
| **Total Expenses** | **$ 42,014.08** | **59.26%** |
| **Net Operating Income** | **$ 3,548.28** | **5.00%** |
| **Other Expenses** | | |
| **33 OWNER'S OVERHEAD** | | 0.00% |
| **8205 OWNER'S SALARIES** | | 0.00% |
| **8211 OWNER AND OTHER FICA** | | 0.00% |
| **8220 OWNER AND OTHER EMP BENEFITS** | | 0.00% |
| **8230 OWNER TRAVEL AND ENTERTAINMENT** | | 0.00% |
| **8235 OWNER AUTOMBILE EXPENSE** | | 0.00% |
| **8240 OWNER OFFICE EXPENSE** | | 0.00% |
| **Total 33 OWNER'S OVERHEAD** | **$ 0.00** | **0.00%** |
| **Total Other Expenses** | **$ 0.00** | **0.00%** |
| **Net Other Income** | **$ 0.00** | **0.00%** |
| **Net Income** | **$ 3,548.28** | **5.00%** |

Tuesday, Oct 23, 2012 02:10:24 PM GMT-4 - Accrual Basis

# Scotto Restaurant Group LLC
## Profit & Loss by Class
### August 20 - September 23, 2012

|  | Speedway | |
| --- | --- | --- |
|  | Aug 20 - Sep 23, 2012 | per_of_income |
| **Income** | | |
| 19 FOOD & CATERING SALES | | 0.00% |
| 4100 FOOD SALES | 51,566.72 | 106.27% |
| Total 19 FOOD & CATERING SALES | $ 51,566.72 | 106.27% |
| 20 DISCOUNTS & ALLOWANCES | | 0.00% |
| 4300 DISCOUNTS - COUPONS | -2,669.21 | -5.50% |
| 4310 MANAGER'S COMP | -269.41 | -0.56% |
| 4320 EMPLOYEE MEALS | -105.77 | -0.22% |
| Total 20 DISCOUNTS & ALLOWANCES | -$ 3,044.39 | -6.27% |
| **Total Income** | $ 48,522.33 | 100.00% |
| **Cost of Goods Sold** | | |
| 21 COST OF GOODS SOLD - PURCHASES | | 0.00% |
| 5100 MEAT COST | 5,580.33 | 11.50% |
| 5110 PRODUCE COST | 1,068.26 | 2.20% |
| 5120 BREAD COST | 1,999.66 | 4.12% |
| 5130 SOUP/CHILI COST | 36.37 | 0.07% |
| 5140 DAIRY COST | 1,036.17 | 2.14% |
| 5150 NON-REVENUE COST | 1,078.75 | 2.22% |
| 5160 COOKIE/CHIP COST | 2,082.90 | 4.29% |
| 5170 BEVERAGE COST | 2,049.53 | 4.22% |
| 5300 PAPER COST - FOOD RELATED COST | 1,734.71 | 3.58% |
| 5350 MERCHANDISING COST | 13.33 | 0.03% |
| 5360 PRODUCT WASTE COST | 301.14 | 0.62% |
| 5370 COUNTER HOT SAUCE COST | 121.85 | 0.25% |
| 5380 FREE FOOD CREDIT | -1,004.65 | -2.07% |
| Total 21 COST OF GOODS SOLD - PURCHASES | $ 16,098.35 | 33.18% |
| **Total Cost of Goods Sold** | $ 16,098.35 | 33.18% |
| **Gross Profit** | $ 32,423.98 | 66.82% |
| **Expenses** | | |
| 22 SALARIES & WAGES EXPENSES | | 0.00% |
| 7105 HOURLY WAGES PAID | 12,181.72 | 25.11% |
| 7106 SALARY WAGES | 3,250.00 | 6.70% |
| 7112 MANAGER'S BONUS | | 0.00% |
| MANAGER/S BONUS | | 0.00% |
| Total 22 SALARIES & WAGES EXPENSES | $ 15,431.72 | 31.80% |
| 23 EMPLOYEE BENEFITS | | 0.00% |
| 7205 FICA COMPANY PORTION - HOURLY | 1,421.40 | 2.93% |
| 7220 WORKERS COMPENSATION | 287.74 | 0.59% |
| 7225 HEALTH INSURANCE | 614.12 | 1.27% |
| 7255 EMPLOYEE MEALS EXPENSE | 34.90 | 0.07% |
| 7258 MANAGER MEALS EXPENSE | 88.91 | 0.18% |
| Total 23 EMPLOYEE BENEFITS | $ 2,447.07 | 5.04% |
| 24 DIRECT OPERATING EXPENSES | | 0.00% |
| 7402 UNIFORMS - HOURLY | | 0.00% |

| | | |
|---|---:|---:|
| **7404 LAUNDRY AND LINEN** | 166.14 | 0.34% |
| **7410 SMALLWARES** | 54.00 | 0.11% |
| **7418 CLEANING SUPPLIES** | 89.92 | 0.19% |
| **7420 PAPER - NON FOOD RELATED** | 258.27 | 0.53% |
| **7431 Employee Parking** | | 0.00% |
| **7450 STORE OFFICE EXPENSE** | 163.62 | 0.34% |
| **7460 REGISTER SUPPLIES** | 43.58 | 0.09% |
| **7470 ROYALTY TO FIREHOUSE OF AMERICA** | 2,911.34 | 6.00% |
| **7498 MISCELLEANEOUS/OTHER** | 43.23 | 0.09% |
| **Total 24 DIRECT OPERATING EXPENSES** | $           3,730.10 | **7.69%** |
| **25 MARKETING** | | 0.00% |
| **7610 NATIONAL MARKETING EXPENSE** | 485.22 | 1.00% |
| **7620 LOCAL MARKETING EXPENSE** | 1,455.68 | 3.00% |
| **7622 CHARITY** | | 0.00% |
| **7626 LOCAL STORE MARKETING** | 290.09 | 0.60% |
| **7627 COUPON REDEMPTION PROGRAM** | 880.84 | 1.82% |
| **Total 25 MARKETING** | $           3,111.83 | **6.41%** |
| **26 ENERGY & UTILITY SERVICES** | | 0.00% |
| **7705 ELECTRIC UTILITY** | 1,068.49 | 2.20% |
| **7710 GAS UTILITY** | 81.65 | 0.17% |
| **7715 WATER AND SEWER UTILITY** | | 0.00% |
| **Total 26 ENERGY & UTILITY SERVICES** | $           1,150.14 | **2.37%** |
| **27 OCCUPANCY COSTS** | | 0.00% |
| **7305 RENT EXPENSE** | 3,294.60 | 6.79% |
| **7315 SECURITY** | 69.95 | 0.14% |
| **7320 EQUIPMENT RENTAL** | | 0.00% |
| **7360 BUSINESS INSURANCE** | 194.38 | 0.40% |
| **Total 27 OCCUPANCY COSTS** | $           3,558.93 | **7.33%** |
| **28 ADMINISTRATIVE & GENERAL** | | 0.00% |
| **7820 TELEPHONE EXPENSE** | | 0.00% |
| **7822 DSL/CABLE INTERNET EXPENSE** | 58.84 | 0.12% |
| **7825 DUES AND SUBSCRIPTIONS** | 727.31 | 1.50% |
| **7828 EMPLOYEE TRAINING** | | 0.00% |
| **7840 CREDIT CARD DISCOUNTS** | 794.77 | 1.64% |
| **7850 CASH OVER/SHORT** | 0.30 | 0.00% |
| **7856 ACCOUNTING EXPENSES** | 54.27 | 0.11% |
| **7860 BANK SERVICE CHARGES** | 113.25 | 0.23% |
| **7870 BANK SUPPLIES** | 22.53 | 0.05% |
| **Total 28 ADMINISTRATIVE & GENERAL** | $           1,771.27 | **3.65%** |
| **29 REPAIRS & MAINTENANCE** | | 0.00% |
| **7900 GENERAL REPAIRS AND MAINT.** | 228.82 | 0.47% |
| **7908 REFRIGERATION - REPAIR** | | 0.00% |
| **7910 AIR CONDITIONING & HEATING** | 100.00 | 0.21% |
| **7912 PLUMBING** | | 0.00% |
| **7994 MAINTENANCE CONTRACTS** | 235.95 | 0.49% |
| **7998 EQUIPMENT EXPENSE** | 49.18 | 0.10% |
| **Total 29 REPAIRS & MAINTENANCE** | $             613.95 | **1.27%** |
| **30 OTHER INCOME & GAINS** | | 0.00% |
| **6400 CASH DISCOUNTS** | -18.12 | -0.04% |
| **Payroll Clearing/ Wage Deduction Credits** | -205.04 | -0.42% |
| **Total 30 OTHER INCOME & GAINS** | -$             223.16 | **-0.46%** |
| **Payroll Expenses** | | 0.00% |

| | | |
|---|---:|---:|
| **Wages** | | 0.00% |
| Other Earnings | 66.00 | 0.14% |
| **Total Wages** | $ 66.00 | 0.14% |
| **Total Payroll Expenses** | $ 66.00 | 0.14% |
| **Reimbursements** | | 0.00% |
| **Reimb.** | | 0.00% |
| **Total Reimbursements** | $ 0.00 | 0.00% |
| **Total Expenses** | $ 31,657.85 | 65.24% |
| **Net Operating Income** | $ 766.13 | 1.58% |
| **Other Expenses** | | |
| **33 OWNER'S OVERHEAD** | | 0.00% |
| **8205 OWNER'S SALARIES** | | 0.00% |
| **8211 OWNER AND OTHER FICA** | | 0.00% |
| **8220 OWNER AND OTHER EMP BENEFITS** | | 0.00% |
| **8230 OWNER TRAVEL AND ENTERTAINMENT** | | 0.00% |
| **8235 OWNER AUTOMBLE EXPENSE** | | 0.00% |
| **8240 OWNER OFFICE EXPENSE** | | 0.00% |
| **Total 33 OWNER'S OVERHEAD** | $ 0.00 | 0.00% |
| **Total Other Expenses** | $ 0.00 | 0.00% |
| **Net Other Income** | $ 0.00 | 0.00% |
| **Net Income** | $ 766.13 | 1.58% |

Tuesday, Oct 23, 2012 02:10:24 PM GMT-4 - Accrual Basis