# Exhibit A

1. Action Mechanical Contractors  1,175.00
   PO Box 7325
   Charlotte, NC 28241

2. Airgas National Carbonation  725.00
   PO Box 601985
   Charlotte, NC 28260-1985

3. AT&T  181.35
   PO Box 105262
   Atlanta, GA 30348-5262

4. B & J Food Service Equipment  529.35
   236 N 7th Street
   Kansas City, KS 66101

5. Carolina Cutlery  309.00
   PO Box 7106
   Charlotte, NC 28241

6. Cintas Corporation  789.10
   PO Box 630803
   Cincinnati, OH 45263

7. City of Concord  196.32
   PO Box 580469
   Charlotte, NC 28258

8. Directv  90.00
   PO Box 60036
   Los Angeles, CA 90060-0036

9. GUARD Insurance Group  5,000.00
   PO Box 62479
   Baltimore, MD 21264-2479

10. Hot Shots  468.16
    4733 Dwight Evans Road
    Charlotte, NC 28217

11. Ivey Exterminating  135.00
    228 Atando Avenue
    Charlotte, NC 28206

12. Nationwide Insurance  411.00
    PO Box 10479
    Des Moines, IA 50306-0479

13. NuCO2 LLC  122.50
    PO Box 9011
    Stuart, FL 34995

14. Penguin Repair  1,215.50
    3225 Basilwood Circle
    Monroe, NC 28110

15. Piedmont Natural Gas  128.62
    PO Box 533500
    Atlanta, GA 30353-3500

16. Retail Data Systems  2,327.00
    375 Franklin Rd Ste 400
    Marietta, GA 30067

17. Squeegee Pros  125.00
    9247 Sherbourne Lane
    Sherrills Ford, NC 28673

18. Time Warner Cable  152.52
    PO Box 70872
    Charlotte, NC 28272-0872

19. Town & Associates Inc  235.00
    126 Water Street
    Baraboo, WI 53913-2445

20. United Health Care  3,401.60
    Dept CH 10151
    Palatine, IL 60055-0151