FILED & JUDGMENT ENTERED
Steven T. Salata

May 13 2013

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

*Laura T Beyer*
Laura T. Beyer
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| Scotto Restaurant Group, LLC, | ) | Case No. 11-40506 |
| | ) | |
| Debtor. | ) | |
| | ) | |

ORDER ON SCOTTO RESTAURANT GROUP LLC'S
FIRST OMNIBUS OBJECTION TO "VENDOR CLAIMS"

THIS MATTER coming on to be heard by the undersigned United States Bankruptcy Judge on the Objection of Scotto Restaurant Group, LLC, to disallow certain claims listed in Debtor's original Schedule 'F' on the basis that all such claims constitute normal trade debt (hereinafter "Vendor Claims") and have since been paid in the ordinary course of business; and,

IT APPEARING TO THE COURT that notice of opportunity for hearing on this matter was proper, and no party in interest has filed a response to or requested a hearing on the Claims Objection; and accordingly,

IT IS SO ORDERED that Scotto Restaurant Group, LLC's Objection to certain Vendor Claims listed in the Debtor's original Schedule 'F' and per Exhibit A attached to the Motion is hereby **SUSTAINED,** thereby extinguishing any liability of the Debtor henceforth to those listed.

*This Order has been signed electronically and the Judge's signature and Court's seal appear at the top of the page.*

*United States Bankruptcy Court*