

FILED & JUDGMENT ENTERED
Steven T. Salata

May 13 2013

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

_Laura T Beyer_
Laura T. Beyer
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| Scotto Restaurant Group, LLC, | ) | Case No. 11-40506 |
| | ) | |
| Debtor. | ) | |
| | ) | |

## ORDER ON SCOTTO RESTAURANT GROUP LLC'S OBJECTION TO CLAIM OF RICHARD GUTER

THIS MATTER coming on to be heard by the undersigned United States Bankruptcy Judge on the Objection of Scotto Restaurant Group, LLC, the claim of Richard Guter (hereinafter "Guter") pursuant to 11 USC 502(b); and,

IT APPEARING TO THE COURT that notice of opportunity for hearing on this matter was proper, and Guter has not filed a response to or requested a hearing on the Claims Objection; and accordingly,

IT IS SO ORDERED that Scotto Restaurant Group, LLC's Objection to the claim of Richard Guter is hereby **SUSTAINED,** thereby extinguishing any liability of the Debtor henceforth to Richard Guter.

*This Order has been signed electronically and the Judge's signature and Court's seal appear at the top of the page.*

*United States Bankruptcy Court*