IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | Case No.: 11-40506 |
| Scotto Restaurant Group, LLC, ) | Chapter 11 |
| ) | |
| Debtors. ) | |

## FINAL ACCOUNT

The above-referenced Debtor, under Title 11, Chapter 11 in the United States Bankruptcy Court for the Western District of North Carolina, pursuant to the requirement of 11 U.S.C.§ 1106(a)(7), now files this final account showing actual disbursements made.

1. Trustee Compensation — $0.00
2. Attorney for Trustee Compensation — $0.00
3. Fees and Expenses of Other Professionals
   a. Attorney for the Debtor — $15,752.00
   b. Attorney for Creditors' Committee — $11,660.52
   c. Other Professionals — $5,586.68

   Total Fees and Expenses of Other Professionals
   (Totals of 3a through 3c) — $32,999.20

4. Payments to Secured Creditors — $184,000.00
5. Payments to Priority Creditors (Including 507(a)
   Administrative Claims) — $0.00
6. Payments to Unsecured Creditors — $0.00
7. Payments to Equity Security Holders — $0.00
8. Other Distributions (Include surplus returned to debtor) — $394,100.31

   Total Gross Cash Receipts
   (Total of lines 1,2,3,4,5,6,7 & 8) — $611,099.51

WHEREFORE, the Debtor submits this final account in discharge of its obligations under 11 USC §1106 and §1107.

On this 9th day of July, 2013.

STONE & WITT, P.A.
Attorneys for Debtor

/s/
Bryan W. Stone
N.C. Bar No. 32943
301 S. McDowell St., Suite 1000
Charlotte, North Carolina 28204
(704) 333-5184
bstone@swlawnc.com